

:C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-FLAG.

**In this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT within this UNITED-STATES-DISTRICT-COURT-BUILDING in the WASHINGTON-STATE-DRYDOCK-LOCATION ARE with this AMICUS-CURIAE-TEN-DAY-GRACE-TIME-PERIOD-DUTY-CORRECTION by this QUO-WARRANTO-COMPLAINT-DOCUMENT-CASE-NUMBER:~MJ 11-30**

:David-Russell:: Myrland
BOOKING-NUMBER: B3758814
DOB:19~DECEMBER~1975
:CLAIMANTS-PLAINTIFF:
:CONTEST-~VS.:
UNITED STATES OF AMERICA(FICTION-VERB-SYNTAX) by the UNITED STATES ATTORNEY[~700-~STEWART-STREET,-~SUITE-~5220,-~SEATLE,-~WASHINGTON-STATE,-~98101-1271] SHERIFF'S-DEPARTMENT,-~SEATLE,-~WASHINGTON-STATE
:VASSALEE-DEFENDANT:

:CORPORATION-CASE-NUMBER-~
FOR THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR OF THIS **QUO-WARRANTO-COMPLAINT-DOCUMENT ARE** with the DAMAGE-CLAIM AGAINST THE VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PLEADINGS by the HANDCAPPING-GRAMMAR-DOCUMENT-BONDED-EVIDENCE AGAINST THE CLAIMANT: **David-Russell:: Myrland.**
FOR THIS CLAIMANT'S-DAMAGING-EVIDENCE: "INDICTMENT-DOCUMENT" of this BONDED-VESSEL **IS** with the THREE-TIMES-DAMAGES-PAYMENT-CLAIM with the LOSS of the FREEDOM **of the CLAYTON-ACT(1914) FRAUDULENT-PARSE-SYNTAX-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~1001: CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241, and: PERJURY: TITLE-~18: D.-C.-C.-S.-~1621, VACATING-LAWS by the COLORING-SYNTAX-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~242, and: FRAUDULENT-PARSE-SYNTAX-GRAMMAR=:TITLE~15: D.-C.-C.-S.-~1692-E, PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78ff**[$25-million-fine]

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-DOCUMENT:
:**VASSALEE-(WORD-MEANING)** VASSAL=SERVANT OF THIS DOCUMENT-CONTRACT, EE=PLOYEE.
:**C.-S.-S.-C.-P.-S.-G.= :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.**
:**D.-C.-C.-R. = For the DOCUMENT-CONTRACT-CLAIM-RULES** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:**D.-C.-C.-S. = For the DOCUMENT-CONTRACT-CLAIMS-SECTION** = For the PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WORD-CORRECTIONS of the FRAUDULENT-SYNTAX-GRAMMAR-**UNITED STATES TITLES** and: **UNITED STATES CODES ARE** with the SYNTAX-GRAMMAR-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:**DOCUMENT-VESSEL = For the** COURT-DOCKETING of the DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS **ARE** with the CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS with the COURT-DOCUMENT-PORTING-STAMP by the COURT-PORT-CLERK.
:**DOCUMENT-STATE = For the** CORPORATION of the TWO-OR-MORE-PERSONS **ARE** with the PORTING-CLAIM WITHIN A COURT-PORT-CLERK by the DOCUMENT-VESSEL.
:**NOW-TIME-TENSE** = :C.-S.-S.-C.-P.-S.-G.
:**CONJUNCTION:** 'and' = ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:**FRAUDULENT** = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION,* APARTHEID, *ILLUSION,* MISTIC, PHANTOM, FRAUD and: *MISLEADING.*
:**LODIAL =[ARTICLE] For the SPECIFIC** = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.[ARTICLE]
:**POSITION** = FOR, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH THRU, EITHER, BEYOND, INTO.[PREPOSITION]
:**VASSALEE** = For the **SERVANT-**EMPLOYEE OF THIS DOCUMENT-CONTRACT-COMPLAINT-VESSEL.
:**VERB** = For the THINKING-MOTION of the KNOWLEDGE = **IS** = SINGULAR, **ARE** = PLURAL.
:**VESSEL** = For the MARITIME :ORIGINAL-LOCATION.
:**VOLITION** = For the CLAIMANT'S-KNOWLEDGE of the FACTS **ARE** with the CAUSE-CLAIM of the MOTION-THINKING with the POSITION of the **C.-S.-S.-C.-P.-S.-G.-**NOW-TIME-VESSEL-COURT-DOCUMENTS.
:**VERB-SYNTAX: IS**=SINGULAR-SYNTAX-TENSE, **ARE**=PLURAL-SYNTAX-TENSE, THINKING-MOTION.
:**FRAUD:** FRAUDULENT, FICTION, FRAUDULENT, LIE, PERJURY, FALSE, *MISLEADING.*

FOR THE **TITLE-~28: D.-C.-C.-S.-~1331** of the COMPLIANCE-CLERK'S-DUTIES **ARE** with the DOCKING of the DOCUMENT-CONTRACT-POSTAL-VESSEL-COMPLAINT with this CORPORATION-CASE-NUMBER OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT with the **TITLE-~28: D.-C.-C.-S.-~1361 of the C.-S.-S.-C.-P.-S.-G.-**DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: **David-Russell: Myrland** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

FOR THIS FEDERAL-JUDGE'S-AMICUS-CURIAE-CLAIM OF THIS DOCUMENT-EVIDENCE IS with the **DAMAGE-CLAIM of the VASSALEES'-EVIDENCE** with the **PARSE-SYNTAX-GRAMMAR-FRAUD with A CORRECTION OR with A VACATING-PARDON** with the **CLAIMANT: David-Russell: Myrland by the VASSALEES.**

FOR THIS CONSTITUTIONAL-DOCUMENT OF THIS COURT-DOCUMENT'S-LOCAL-RULES ARE with the C.-S.-S.-C.-P.-S.-G.-VESSEL-COURT-CLAIMS   OF   THIS   DOCUMENT-STATE   with   this CORPORATION-VESSEL-COMPLAINT:

**:DOCUMENT-CLAIM-~1**: For the **C.-S.-S.-C.-P.-S.-G.** of the CORRECT-SYNTAX-FACTS **ARE** with the FACT-AS-FACT-CLAIM by the **C.-S.-S.-C.-P.-S.-G.-DOCUMENT-VESSEL.**

**:DOCUMENT-CLAIM-~2**: For the JUDGE'S-JUDGEMENT **of the** FACTS **ARE** with the **C.-S.-S.-C.-S.-L-**CLAIMS of the CORRECT-SYNTAX-FACTS with the NOW-TIME-CONTINUANCE-EVIDENCE by the DOCUMENT-COURT-PERSONS.

**:DOCUMENT-CLAIM-~3**: For the CLAIMANTS of the CORRECT-FACTS **ARE** with the CLAIMS of the SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING with the GRIEVANCES IN A **C.-S.-S.-C.-P.-S.-G.-**ORIGINAL-JURISDICTION-COURT.

**:DOCUMENT-CLAIM-~4**: FOR THIS CORPORATION-CASE OF THIS COURT-VESSEL-DOCUMENT **ARE** with the **C.-S.-S.-C.-P.-S.-G.-**CLAIMS by the PERSON'S-FACTUAL-VOLITION.

**:DOCUMENT-CLAIM-~5**: FOR THIS COURT-CONSTITUTION **of the** FACTS **ARE** with the CLAIMS by the PERSON'S-**C.-S.-S.-C.-P.-S.-G.-**KNOWLEDGE.

**:DOCUMENT-CLAIM-~6**: For the CLAIM of the **C.-S.-S.-C.-P.-S.-G.-**CAPTURE-WARRANT OR: **C.-S.-S.-C.-P.-S.-G.-**SEARCH-WARRANT OR: **C.-S.-S.-C.-P.-S.-G.-**HOME-SALE OR: FORECLOSURE **IS with an** AUTOGRAPH of the JUDGE with the **C.-S.-S.-C.-P.-S.-G.-**OATH by the **C.-S.-S.-C.-P.-S.-G.-**AUTHORITY-DUTY.

**:DOCUMENT-CLAIM-~7**: For the WITNESSING of the WITNESS'S-TESTIMONY **IS** with the **C.-S.-S.-C.-P.-S.-G.-**CLAIM by the WITNESSING-PERSONAL-SELF.

**:DOCUMENT-CLAIM-~8**: For the WITNESS'S-KNOWLEDGE of the CORRECT-SYNTAX-FACTS **ARE** with the CLAIMS of the WITNESSES, COUNSELS and: EVIDENCE-FACTS.

**:DOCUMENT-CLAIM-~9**: For the TWELVE-(12)PERSON-JURY'S-KNOWLEDGE by the **C.-S.-S.-C.-P.-S.-G.-**CLAIMS **ARE** with the CLAIMS by the CORRECT-SYNTAX-TRIAL.

**:DOCUMENT-CLAIM-~10**: For the TERMS of the CONVICTION-PERSON'S-PUNISHMENT **ARE** with the **C.-S.-S.-C.-P.-S.-G.-**CLAIMS   of   the   BAIL-TERM-CONDITIONS,   FINANCIAL-TERM-FINES and:/OR: JAILING-TERMS with this **C.-S.-S.-C.-P.-S.-G.-**DOCUMENT-COURT.

**:DOCUMENT-CLAIM-~11**: For the COURT-DOCUMENT-FIDUCIARIES of the FACTS **ARE** with the DUTY-CLAIM OR: ELECTION-CLAIM BY A **C.-S.-S.-C.-P.-S.-G.-**OATH with this CORPORATION-DOCUMENT by the **C.-S.-S.-C.-P.-S.-G..**

**:DOCUMENT-CLAIM-~12**: FOR THIS VESSEL-DOCUMENT **of the** DOCUMENT-CONTRACT-PERSONS-HEREIN **ARE** with the CLOSURE-CLAIM of the VOLITION with the DOCUMENT, CONSTITUTION, TREATY, CO-OPERATION,   DOCUMENT-CONTRACT-POSTAL-VESSEL-STATES-CORPORATION,   COMPACT,   and: PERSONS'-**C.-S.-S.-C.-P.-S.-G.-**TRUST-DOCUMENTS.

**:DOCUMENT-CLAIM-~13**: For the JUDGE'S-KNOWLEDGE OF THESE PAID-DOCKETING and: FILING of the QUO-WARRANTO-COMPLAINT and with THESE CONSTITUIONAL-TERMS **ARE with this** DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK-CLAIM of the **FOURTY-FIVE-DAY-TRUST-LAW-FAULT-JUDGEMENT** AFTER THE FAILURE of the **TWENTY-ONE-DAY-CORRESPONDENCE-BACK WITHIN THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK S'-**OFFICE with the **C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE** by the VASSALEES with the THREE-DAY-GRACE-RECISSION-TIME-LIMIT-PERIOD and with the TWENTY-ONE-DAY-**CORRESPONDENCE-BACK by the** UNITED-STATES-DISTRICT-COURT-BUILDINGS-APPOINTMENT with A **C.-S.-S.-C.-P.-S.-G.-**JUDGE'S-OATH by the **C.-S.-S.-C.-P.-S.-G.-**JUDGE'S-KNOWLEDGE with this **C.-S.-S.-C.-P.-S.-G.-**CORRESPONDENCE.

**FOR THE CAUSES OF THIS QUO-WARRANTO-COMPLAIMT:**

**~1 For the C.-S.-S.-C.-P.-S.-G.-**CORRECTIONS OF THESE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-COURT-DOCUMENTS **ARE** with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DAMAGE-CLAIMS of the VASSALEE'S-WRONG-WORD-MEANINGS-EVIDENCE-HEREIN-BONDED with the THREE-**TIMES-EQUITY-DAMAGES** of the $75,000.00-PER-HOUR with the CLAYTON-ANTITRUST-ACT(1914) of the FREEDON-LOSS with the Myrland's-void-opinion ARREST by the VASSALEES.

**~2** FOR THIS CLAIMANTS'-KNOWLEDGE of the **C.-S.-S.-C.-P.-S.-G.-**EVIDENCE-FACTS **ARE** with the CORRECT-VOLITION-CLAIM OF THIS SUMMARY-CORRECTION-AUTHORITY: **TITLE-~42: D.-C.-C.-S.-~1986** AGAINST THE WRONG-PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS with the VASSALEE'S-DOCUMENT-**INDICTMENT-**WRITTEN-EVIDENCE and: VASSALEES'-OPINION-DOCMENTS.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: **David-Russell: Myrland** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~3 FOR THIS <u>CLAIMANT: **David-Russell: Myrland**</u> of the **C.-S.-S.-C.-P.-S.-G.**-CORRESPONDENCE **ARE** with the **C.-S.-S.-C.-P.-S.-G.**-CORRESPONDENCE-PLEADING-CLAIMS by the FACTS with the **VASSALEES: 'UNITED STATES OF AMERICA-**(SYNTAX-VERB-FICTION)**(sic)'.**

~4 **For the** <u>VASSALEE'S-WRITTEN-VOLITIONS</u> of the <u>FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-BONDED-DOCUMENTS</u> **ARE** with the <u>PHYSICAL-EVIDENCE-DAMAGE-CLAIMS</u> of the '<u>FRAUDULENT-PARSE-SYNTAX-GRAMMAR-**INDICTMENT**</u>' with the <u>TITLE-~**42: D.-C.-C.-S.-~1986**</u>: KNOWLEDGE of the <u>FRAUDULENT-SYNTAX-GRAMMAR-CAPTURE-ORDER</u> AGAINST THE <u>CLAIMANT</u> by the <u>SHERIFF-DEPARTMENT</u>.

~5 For the <u>CLAIMANT'S-DOCUMENTS</u> of the **C.-S.-S.-C.-P.-S.-G. ARE** with the <u>NOW-TIME-FACTS</u> of the <u>POSITIONAL-LODIAL-FACT-PHRASES</u>, <u>LODIAL-[(ARTICLE)]</u> and: <u>VERBS: **IS=SINGLAR,** and: **ARE=PLURAL**</u>, with the <u>SINGLE-IDEA-NOW-TIME-CONTENT-SENTENCE</u> of the FACTS with the <u>DOCUMENT-CONTRACT-POSTAL-VESSSEL-COURT</u> by the <u>CLAIMANT'S-DOCUMENT-CLOSURE-VOLITION</u>.

~6 FOR THIS <u>WITNESSING-PLENIPOTENTIARY-JUDGE'S-KNOWLEDGE</u> of the **TITLE-~42: D.-C.-C.-S.-~1986** with the STOPPING of the <u>FRAUDULENT-PARSE-SYNTAX-GRAMMAR-**FICTIONAL-INDICTMENT**-EVIDENCE</u> with the <u>VASSALEE-PROSECUTING-ATTORNEY-FRAUDULENT-SYNTAX-GRAMMAR-ERRORS</u> **IS** with the <u>CORRECTION-HELPING-CLAIM</u> of the <u>LAWS, RULES, REGULATION, CODES</u> and: <u>INVESTIGATION-STATEMENTS</u> with THESE VASSALEES of the **TITLE-~31: D.-C.-C.-S.-3729-THROUGH-3733:**'FALSE-CLAIMS-ANTITRUST-ACT' with the <u>CORRECTION-IDENTIFICATION-NUMBERING-KEY-CODE</u> of the <u>PARSE-SYNTAX-GRAMMAR-CORRECT-WORD-IDENTIFICATION</u> For the VOIDING of the PERJURY, FRAUD and: MISLEADING-STATEMENTS, GUESSING, LYING, OPINIONS, ASSUMPTIONS, PRESUMPTIONS and: OBSTRUCTION-LAWS, CODES, REGULATIONS, RULES and: ORDINANCES WITHIN THE <u>VASSALEE'S-FICTIONAL-EVIDENCE</u>.

~7 **For the C.-S.-S.-C.-P.-S.-G.** of the <u>SALVAGE-CLAIM: TITLE-~46: D.-C.-C.-S.-~781</u> **IS** with an <u>ORIGINAL-AUTHORITY-JURISDICTION-CLAIM</u> of the **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-EVIDENCE** WITHIN THE <u>FRAUDULENT-COMMUNICATION-CLOSURE-EVIDENCE-DOCUMENTS</u>.

~8 **For the David-Russell: Myrland's**-VOLITION-THINKING of the <u>CONTROLLING-VESSEL-BODY-CARETAKER</u> **IS** with the <u>FREEDOM-DAMAGE</u> by the <u>VASSALEES'-FRAUD-SYNTAX-GRAMMAR-DOCUMENT</u>.

~9 For the <u>CLAIMANT'S-FACTUAL-EVIDENCE</u> of the <u>FRAUD-SYNTAX-GRAMMAR-DOCUMENTS</u> **ARE** with the <u>DAMAGE-CLAIM</u> of the **C.-S.-S.-C.-P.-S.-G.**-JURISDICTION-VENUE-TERRITORY with the **C.-S.-S.-C.-P.-S.-G.**-CORPORATION-CASE-VESSEL.

~10 For the **PREFIX-FUTURE-TIME: "TO", "PRE" and: SUFFIX-PAST-TIME: "ED", "FROM"** IS with the VIOLATION of the <u>NOW-TIME-CLAIM</u>.

~11 For the WORDS OF an <u>ADVERB-SYNTAX-GRAMMAR-MODIFICATIONS</u> **ARE with an** USE of the <u>SINGLE-[**PRE**]</u>POSITION and: <u>SINGLE-LODIAL-[ARTICLE]</u> with the POSITION AS an <u>ADVERB-SYNTAX-GRAMMAR</u> with the VOID of the <u>POSITIONAL-LODIAL-FACT-PHRASE</u> with the **SINGLE-WORD-MODIFIER** AS THE: **A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, I, IN, JUST, OF, OVER, HAS, HIS, HER, HOW, IT, JUST, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR**, INTO with the <u>VERB-FRAUDULENT-LAW</u> and:/OR: <u>VERB-SYNTAX-FRAUDULENT-FACT</u> by the VASSALEES.

~12 **For the** <u>CLOSURE-FRAUD</u> of the <u>VASSALEE'S-WRONG-WORD-MEANINGS</u> **ARE** with the <u>CLOSURE-FRAUD</u> of the <u>SENTENCE-STRUCTURES</u> with the <u>VIOLATIONS-CLAIMS</u> of the <u>TITLE-~18: D.-C.-C.-S.-~1001</u>: <u>FRAUDULENT-PARSE-SYNTAX-GRAMMAR</u> and: <u>TITLE-~15: D.-C.-C.-S.-~1692-~E</u> with the <u>FALSE-WRITINGS</u> and: <u>MISLEADING-STATEMENTS</u> of the <u>FRAUD-PENALTY-FEE: TITLE-~15: D.-C.-C.-S.-~78-~ff</u>($25-MILLION-DOLLARS-PENALTY-FINES) by the VASSALEES.

~13 **For the** <u>CLAIMANT'S-KNOWLEDGE</u> of the FACTS **ARE** with the <u>DAMAGE-CLAIMS</u> of the VOLITION-PERJURY and: ILL-WILLS with the **TITLE-~18: D.-C.-C.-S.-~1621** of the FRAUDS and: PERJURY OF an OATHS, FRAUDULENT-JUDGEMENTS, NOTIONS and: MOTIONS with this CORPORATION-CASE by the VASSALEES.

~14 **For the** <u>CLAIMANT'S-KNOWLEDGE</u> of the FACTS **ARE** with the CLAIM of the **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT-CORRECTIONS with the <u>DOCUMENT~CONTRACT-POSTAL-VESSEL-COURT'S-FEDERAL-TERRITORY-JUDGE</u>.

~15 **For the** <u>SENTENCE-STRUCTURES-VIOLATIONS of the VASSALEES-PLEADINGS</u> **ARE** with the <u>PRESUMPTIONS, ASSUMPTIONS, OPINIONS, APARTHEID</u> and: MODIFICATIONS of the WORDS with the POSITION WITHIN an <u>ORIGINAL-FRAUDULENT-DOCUMENT-COURT</u>.

FOR THE <u>COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011</u> BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: <u>CLAIMANT: **David-Russell: Myrland**</u> OF THIS <u>DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT</u>.                3

~16 **For the** BREACH of the CLAIMS of the CORPORATION-CASE-NUMBER-~MJ11-30, **ARE** with the DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT of the CLAIMANT'S-AUTHORITY with the **TITLE-~42: D.-C.-C.-S.-~1986** of the CLAIMANT'S-SYNTAX-GRAMMAR-CORRECTIONS.

~17 FOR an IDEA, ONE-THOUGHT and: ONE-AUTHORITY-JURISDICTION with the ONE-NOW-TENSE-TIME **ARE** with the PLEADING-CLAIMS of the DOCUMENT-COURT-CORPORATION with the SUMMARY-CORRECTION by the JUDGE.

~18 **For the** FACTUAL-EVIDENCE of the VASSALEE'S-WRITINGS-SKILLS **ARE** with the CLAIMS of the VASSALEES'-DOCUMENTS with the FRAUD-SYNTAX-GRAMMAR-WRITING-LAW-TESTS and: VOID of the **C.-S.-S.-C.-P.-S.-G.**-SKILLS with the READING OR: WRITING-DAMAGE AGAINST THE CLAIMANTS with this CORPORATION-CASE of the **C.-S.-S.-C.-P.-S.-G..**

~19 **For the** TITLE-~18: D.-C.-C.-S.-~641, For the TAKING OR: STEALING of the GOVERNMENT-PROPERTY OR: MONEY **ARE** with an ADVERB-VERB-SYNTAX-GRAMMAR-FRAUD-VOUCHER, FRAUD-SYNTAX-GRAMMAR-WORK-VOUCHER, BOXING-SYNTAX-VOID, ITALIC-SYNTAX-WORD-VACATING-STYLES-DOCUMENTS of the SYNTAX-GRAMMAR-FRAUD-CLAIM with the CORPORATION-CASE by the VOUCHER-VASSALEE.(:FALSE-CLAIMS-ACT For the EQUITY-PAYCHECK-MOTIVATION and: GRADIFICATION)

~20 **For the** SYNTAX-GRAMMAR-FRAUD of the PRONOUNS and: NOUN-VERBS = GERUND-NOUNS **ARE** with the MODIFICATION and: OPINION-CLAIMS OF an ADJECTIVE-FRAUDULENT-USE-DEAD-NAME = PSEUDONYM with the MAIL-FRAUDS of the TITLE-~18: D.-C.-C.-S.-~1342 with each VASSALEES'-FACTUAL-EVIDENCE with the STOPPING and: CORRECTING by the CLAIMANTS.

~21 **For the** NEGATIVE-WORD-VOLITIONS: **PREFIX-WORDS, NOT, WITHOUT, NO,** of the VASSALEES **ARE** with the DAMAGE-CLAIM AS THE MODIFICATIONS-VOLITION with the VACATING-CLAIMS of the CORRECT-NOTIFICATIONS with the VASSALEES and: CLAIMANTS.

~22 **For the** **TITLE-~18: D.-C.-C.-S.-~1621: PERJURY OF an OATH IS** with the LOSS of the JURISDICTION with the ACTING, TAKING and: [PR]ACTICING OR: CONDUCTING-CRIMINAL-ACTIONS BY EACH VASSALEE, JUDGE, ATTORNEY, and: LAWYER OR: PERSON.

~23 **For the** DOCUMENT-RULES of the DOCUMENT-PERSONS **ARE** with the CLOSURE-CLAIM of the ONE-JURISDICTION-SYNTAX-GRAMMAR-RULES with an AUTHORITY of the FACTUAL-FRAUDULENT-GRAMMAR-EVIDENCE with the FRAUDULENT-GRAMMAR-FORMAT **by the** VASSALEES.

~24 **For the** FRAUDULENT-USES of the FACTS **ARE** with the NEGATIVE-CLAIM of the PREFIXES: **A, AB, AC, AD, AF, AN, DE, DIS, EM, EN, EX, I, IM, IN, MAL, MIS, NE, NO, NON, NOR, O, OB, OC, OP, OF, PRA, PRE, PRI, PRO, PRU, RE, SI, SUB, TO, UN, OR** with the MODIFICATION of the FACT with an ADVERB OR: ADJECTIVE-MODIFICATION of the **C.-S.-S.-C.-P.-S.-G.**-CLAIM with the TITLE-~18: D.-C.-C.-S.-~1001 of the FICTITIOUS-GRAMMAR and: FRAUD-and:-MISLEADING-STATEMENTS: **TITLE-~15: D.-C.-C.-S.-~1692-~E** with the FACTUAL-CORRECTIONS BY THIS CONTRACT-TREATY-WITNESS-PLENIPOTENTIARY-JUDGE.

~25 **For the** FRAUDULENT and: FRAUDULENT-USE of the SYNTAX-WORD-MODIFICATIONS **ARE** with the DAMAGE-CLAIMS of the FACTS with the GERUND-VERBS, PRONOUNS OR: ADJECTIVES with the PARTICIPATION of the PERJURY with an OATH of the SAFE-GUARDING with the DUTY and: KNOWLEDGE of the PORT-COURT-MEMBERS.

~26 **For the** CLAIMANT'S-KNOWLEDGE of the FRAUDULENT-COMMUNICATIONS **ARE** with the DAMAGE-CLAIMS of the TITLE-COMPANY'S-EQUITY-BOND-CLOSING-ATTORNEY with the KNOWLEDGE by the FRAUDULENT-SYNTAX-DOCUMENTS. For the PROBATION of the FRAUD-PARSE-SYNTAX-GRAMMAR **IS** with the DAMAGE-CLAIM-FRAUD of the BANKING-**David-Russell: Myrland.**

~27 **For the** SYNTAX-COMMUNICATION-FRAUD-EVIDENCES of the EVIDENCE-FRAUDULENT-COMMUNICATION-ILLUSIONS **ARE** with the PERJURY-EVIDENCE and: MONEY-THEFT(PAY-CHECKS and: ATTORNEY-FEES-COURT-ORDER-GRANTED) BY an '**INDICTMENT-DOCUMENT**' with the FICTION-CRIMINAL-EQUITY-DAMAGE-CLAIM with the PUBLICATION of the TITLE-~15: D.-C.-C.-S.-1692-~e with the FRAUD and: MISLEADING-STATEMENT-DAMAGES: TITLE-~15: D.-C.-C.-S.-~78-~ff of the CRIMINAL-PENALTIES with the $25-MILLION-DOLLARS by the FALSE-CLAIMS-ACT: CORRECT-SYNTAX-GRAMMAR-TITLE-~31: D.-C.-C.-S.-~3729-THROUGH-TITLE-~31: D.-C.-C.-S.-~3733.

~28 **For the** **TITLE-~42: D.-C.-C.-S.-~1985-~1,** of the TWO-OR-MORE-FRAUDULENT-FRAUDULENT-SYNTAX-FILINGS **ARE** with the FRAUDULENT-SYNTAX-CLAIMS of the VASSALEES'-CONSPIRACY with the CROSS-CLAIMS of the CRIMINAL-CODE: **TITLE-~18: D.-C.-C.-S.-~241** with the CONSPIRACY-DAMAGE-CLAIM of the DOCUMENTING-VASSALEES with the CORPORATION-SUPPORT of the FRAUDULENT-COURT-ORDERS with the PARTICIPATION OF an ADVERB-VERB-SYNTAX-FRAUDULENT-GRAMMAR with the FRAUDULENT-PLEADINGS by the VASSALEES.

~29 **For the** **David-Russell: Myrland**'S-KNOWLEDGE of the EQUITY **IS** with the **EQUITY-DAMAGE-CLAIM** of the FREEDOM-LOSS and: WAGES-LOSS by the FRAUD-PROBATION-PLEA-BABLBE.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: **David-Russell: Myrland** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~30 **For the** CLAIMANT'S-EVIDENCE of the FRAUDULENT-SYNTAX-GRAMMAR-ERRORS-DOCUMENTS **ARE** with the DAMAGE-CLAIM of the **TITLE-~42: D.-C.-C.-S.-~1985-~3,** with the DEPRIVATION-PLEADINGS of the EVIDENCE and: WITNESSES-PLEADING-BABBLING-FRAUD-INDICTMENT-DOCUMENT.

~31 For the DOCUMENT-COURT-CORPORATION **of the** DOCUMENT-AUTHORITY-JURISDICTIONAL-LAW **ARE** with the CONSTITUTION-CLAIM OF an OPERATIONAL-PARSE-SYNTAX-GRAMMAR-EVIDENCE with the **C.-S.-S.-C.-P.-S.-G.**-FACTS by the CLAIMANTS.

~32 **For the** CLAIMANT'S-KNOWLEDGE of the CLOSURE-DOCUMENT-CLAIMS-~26-~e: CLOSURE-PORTING **ARE** with the AUTHORITY-CLAIM of the CLOSURE-EVIDENCE-FACTS-DAMAGES with the **TITLE-~42: D.-C.-C.-S.-~1986:** KNOWLEDGE of the **C.-S.-S.-C.-P.-S.-G.** and WITH THE CORRECTION of the FRAUDULENT-SYNTAX-GRAMMAR-DOCUMENTS by the VASSALEES.

~33 **For the** HANDYCAPPING-VICTIM-PERSON of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'INDICTMENT'-WRITING **ARE** with the DISABILITY-ACT-VIOLATION-CLAIM of the HANDYCAPPING-CAUSE with the FOREIGN-NOTIONS and: MOTIONS BY THAT VASSALEES'-CLOSURE-CONTEMPT, APARTHEID, BIAS, and: CONTRACT-FRAUDULENT-SYNTAX-GRAMMAR-OPINIONS.

~34 For the **TITLE-~42: D.-C.-C.-S.-~1985-~2, of the** VOID-STRUCTURE-DOCUMENT-COURT-DOCUMENT **ARE** with the MODIFICATION-VOID-SYNTAX-GRAMMAR-LAWS of the FRAUD-WORD-MEANING with the FRAUDULENT-WORD-TERMS of the FRAUDULENT-OPINION, MODIFICATION, *PRESUMPTION, ASSUMPTION* and: *APARTHEID* with the CORECION AGAINST THE CLAIMANTS with the FRAUDULENT-SYNTAX-GRAMMAR-ERRORS by the VASSALEES'-**"INDICTMENT"**-DOCUMENT.

~35 **For the** VOLITION by the FALSIFICATION, CONCEALMENT and: COVER-UP **ARE** with the FACTUAL-EVIDENCE-CLAIMS and: CONFESSION of the TRICKS and: SCHEMES with the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'INDICTMENT'-MEANING-DOCUMENTS with the PARTICIPATION-CONTINUATION-COSPIRACY by the VASSALEES.

~36 For the **FALSE-CLAIMS-ACT: TITLE-~31: DOCUMENT-CONTRACT-CLAIMS-SECTION-~3729-THROUGH-~3733(PARSE-SYNTAX-GRAMMAR-CORRECTIONS:**

~37 For the FALSE-CLAIMS-ACT: (LINCOLN LAW); For the **TITLE-~18: DOCUMENT-CONTRACT-CLAIMS-SECTION-~641** OF THIS QUO-WARRANTO-COMPLAINT **ARE** with the CONTRACT-CLAIM of the LIABILITY with the PERSONS and:/OR: CORPORATION, CONSPIRACY, COMPANY, CO-OP of the FEDERAL-CONTRACTOR with the COURTS and: JUDGES-WAGE-PAYMENTS by the PORT-AUTHORITIES of the UNITED-STATES of an AMERICA-CORPORATION-POSTAL-SERVICE with the VOLITION of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR and: FITICIOUS-GRAMMAR: **TITLE-~18: D.-C.-C.-S.-~1001, TITLE-~15: D.-C.-C.-S.-~1692-E: FRAUD and: MISLEADING-SYNTAX-GRAMMAR-STATEMENTS, and: MONEY-PENALTIES: TITLE-~15: D.-C.-C.-S.-~78-FF** with the FRAUDULENT-SYNTAX-GRAMMAR-COMMUNICATION-PENALTIES of the **MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341** with the MONEY-TORT by the DOCUMENT-COURT-JUDGE and:/OR: BANKING-FRAUD-DOCUMENTS with the **TITLE-~18: D.-C.-C.-S.-~242:** [DE]PRIVATION of the RIGHTS with the COLORING of the LAWS with the PUBLICATION of the **TITLE-~42: D.-C.-C.-S.-~1985-~1** with the **CONSPIRACY** of the PERSONS with the **TITLE-~42: D.-C.-C.-S.-~1985-~2** of the [OB]**STRUCTING** with the EVIDENCE and: WITNESSES by the **TITLE-~18: D.-C.-C.-S.-~1001** with the FRAUDULENT-MODIFICATIONS of the PARSE-SYNTAX-GRAMMAR-COMMUNICATION-EVIDENCE with the **TITLE-~42: D.-C.-C.-S.-~1985-~3** of the [DE]**PRIVING** of the WITNESSES and: EVIDENCE by the **TITLE-~18: D.-C.-C.-S.-~1001** with the FRAUDULENT-MODIFICATION-SYNTAX-GRAMMAR-COMMUNICATIONS of the CAUSING with the PARTICIPATION of the **TITLE-~18: D.-C.-C.-S.-~1961: RACKETEERING,** with the **TITLE-~18: D.-C.-C.-S.-~3** of the PARTICIPATING-CRIME and: CRIMINAL-VIOLATIONS and: **TITLE-~18: D.-C.-C.-S.-~4: MISPRISON** with the FELONY of the DOCUMENT-EVIDENCE with the DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT by the GOVERNMENTAL-SUPPORT-PROGRAMS and: VASSALEES.

~38 For the **C.-S.-S.-C.-P.-S.-G.-UNITED-STATE-TERRITORY-ATTORNEY-GENERAL**-KNOWLEDGE OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT **ARE** with the EQUITY-CLAIM of the DOCUMENT-EVIDENCE-AUTHORITY-FILING with the THIRTY-PERCENT-ROYALTY-PORTION-EQUITY-DAMAGES.

~39 For the GOVERNMENT-SPENDING-CONTRACTS of the UNITED-STATES-GOVERNMENT OF an AMERICA-CORPORATION-TREASURY-(~2-~FEBRUARY-~2000) **ARE** with the CLOSURE-CLAIM of the UNITED-STATES-POSTAL-SERVICE-GOVERNMENT-GUISE with the COVERY of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-FALSE-CLAIMS-ACT(YEARS~1987, ~2000, ~2003 and: AMMENDED(2008).

**~40** For the DUTY-AUTHORITY-TREATY of the ATTORNEY-GENERAL'S-POWERS **ARE** with the **C.-S.-S.-C.-P.-S.-G.-CONTRACT**-DOCUMENTATION-CLAIM of the 'BILLS of the LADING' with the DOCUMENT-EVIDENCE of the MATERIAL-CRIMINAL-VIOLATIONS with this CORPORATION-CASE OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

**~41** For the **LAWS** of the ▓QUI TAM▓ **ARE** with the CONTRACT-DOCUMENT-CO-OPERATION-JOINING-CLAIM of the CLAIMANTS-CITIZEN-SUING with the DOCUMENTION-EVIDENCE and: **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT-QUO-WARRANTO-COMPLAINT-LAWSUIT of the **UNITED-STATE-TERRITORY-ATTORNEY-GENERAL** and: CLAIMANTS'-EVIDENCE-PROOF of the **C.-S.-S.-C.-P.-S.-G.-CONTRACT**-CRIMINAL-VIOLATION and: **C.-S.-S.-C.-P.-S.-G.-CONTRACT**-CRIMINAL-VOLITION with the FRAUD and: CONDITION of the MIND with the **CONTRACT-DUTY: TITLE-~42: DOCUMENT-CONTRACT-CLAIMS-SECTION=(D.-C.-C.-S.)-~1986** of the KNOWLEDGE with the CRIMES OF THIS **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-LAWS** with the STOPPING and: CORRECTING of the DOCUMENT-SYNTAX-GRAMMAR-EVIDENCE-PROOF-CRIMES with an **ATTORNEY-GENERAL-CONTRACT-FILING-CLAIMS** by the GOVERNMENT-CONTRACT-AUTHORITY.

**~42** For the **FALSE-CLAIMS-ACT** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT **ARE** with the DAMAGE-CLAIMS of the CONTRACTORS with the FRAUD-CONTRACT-PERFORANCES of the WRITTEN-CONTRACTS and: with the **C.-S.-S.-C.-P.-S.-G.**-CORRECTIONS BY THIS COURT.

**~43** For the DATE-YEAR-~OCTOBER-~27-~**1986/2008 of the** CHANGES **ARE** with the **FALSE-CLAIMS-ACT: *AMENDMENTS: PUBLIC-LAW-~99-562, ~STATUE-~3153***, of the LAWSUIT-CONSTRUCTION and: DIRECTION with the CLAIMANTS'-WITTNESSING-PARSE-SYNTAX-GRAMMAR-EVIDENCE of the 30%-FINDERS-FEE and: WITNESSING-FEE AGAINST THE FRAUDULENT-CONTRACT-BANKING-DOCUMENTS with this **C.-S.-S.-C.-P.-S.-G.**-CONTRACT.

**~44** FOR an ORIGINAL-CLAIMS of the FALSE-CLAIMS-ACT **ARE** with the KNOWLEDGE of the LIABILITY-DAMAGE-CLAIM with the FRAUDULENT-MONITARY-GAINS of the FRAUDULENT-CONTRACT-PAYMENT with the FRAUDULENT-GOVERNMENT-GUISE with the FALSE-EQUITY-TRANSFER-CLAIM of the PAYMENT-OUT OR: FINANCIAL-GAIN-IN OR with the PERFORMANCE-KNOWLEDGE, OR: PERFORANCE-CLAIM by the FRADULENT-SYNTAX-GRAMMAR-DOCUMENTS OR: FRAUDULENT-SYNTAX-GRAMMAR-STATEMENT by the CLAIMING-PERSON OR: with the CONTRACTING-PERSONS-CONSPIRING by the 'FALSE-CLAIMS-ACT' OR with the FRAUDULENT-CERTIFYING of the TYPE, KIND, OR: AMOUNT with the EQUITY[PROPERTY] of the CONTRACT with the CERTIFYING-PARSE-SYNTAX-GRAMMAR-CONTRACT-FRAUD-KNOWLEDGE by the POSTAL-AUTHORITY-GOVERNMENT.

**~45** For the GOVERNMENTS'-POSSESSIONS of the EQUITY-MONEY-LOSS **ARE** with the CORRRECTION-CLAIM of the C.-S.-S.-C.-P.-S.-G.-CONTRACT-DOCUMENTATION with the "QUI-TAM-LAWSUITS-CLAIM" of the VASSALEES-DEFENDANT-AUTOGRAPH-VIOLATION-LIABILITIES, RECKLESS-VOLITION with this CORPORATION-CASE of the **C.-S.-S.-C.-P.-S.-G.-FACTS** with an EVIDENCE-STANDARD of the CONTRACTING-DUTY-ELEMENTS with the VIOLATORS-LOST-POSITION by the THREE-TIMES-MONEY-DAMAGES and: CIVIL-FINES of the $5,000-THRU-THE-$10,000 with each FALSE-CLAIM, FRAUD and: MISLEADING-STATEMENTS: TITLE-~15: DOCUMENT-CONTRACT-CLAIMS-SECTION-~1692-~E, of the PENALTY:TITLE-~15: DOCUMENT-CONTRACT-CLAIMS-SECTION-~78-~FF with the $25-MILLION-FINE of the 30% with the COLLECTION-EQUITY-REWARDS of the BENEFIT with the QUI-TAM-CLAIMANTS-PLAINTIFFS'-WITNESSING and: PERFORMANCE-WORK-CONSOLIDATION of the CERTIFIED-EVIDENCE and: **C.-S.-S.-C.-P.-S.-G.**-OPERATIONAL-LAWS with the BETWEEN: 15-TO-30%(PERCENT) of the EQUITY-FUNDS-COVERED with the DEFENDANTS'-NOW-TIME-FACTS of the PAYMENT with the SUCCESSFUL-PLAINTIFF'S-EXPENSES of the CORPORATION-CASE with the PLOYMENT-SECURITY of the **C.-S.-S.-C.-P.-S.-G.**-STATMENTS with the SPECIAL-DAMAGES, and: DOUBLE-BACK-PAY by the EVIDENCE-CONFESSION-DOCUMENT-WRONG-DOER-VASSALEES.

**~46** For the DUTY-FORCE of the FRAUDS **ARE** with the "C.-S.-S.-C.-P.-S.-G.-CLOSURE-COVER-ACT":~20-~MAY-~2009 of the DAMAGE-CLAIM with the CORPORATION-CASE of the FRAUDULANT-PARSE-SYNTAX-GRAMMAR with the FORCE-CLOSURE-ACT-(FERA) of the PUBLIC-SECURITY-LAW. For the CLAIMS of the AMENDMENTS **ARE** with the POSTAL-SERVICE-FEDERAL-CRIMES-ACT-(FCA) by the AMENDMENTS(YEAR-~1986).

**~47** For the CLAIMANTS'-KNOWLEDGE of the GOVERNMENTS'-CRIMINAL-MONEY-PAYMENTS(OUT) OR: CRIMINAL-MONEY-CONSPIRACY-COLLECTION-CLAIMS **ARE** with the GOVERNMENTS'-DAMAGE-CLAIM AGAINST THE WRONG-DOER'S-PERSON/VASSALEES-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT-CONTRACT with the FALSE OR: FRAUDULENT-CONTRACTS and: FALSE-CONTRACT-CLAIMS by the WRONGDOER-PERSON/VASSALEES.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: **David-Russell: Myrland** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~48 For the <u>FALSE-CLAIMS-ACT</u> of the <u>C.-S.-S.-C.-P.-S.-G.-CHANGES</u> **ARE** with the <u>CORRECTION-CLAIM</u> of the <u>FALSE-PARSE-SYNTAX-GRAMMAR-STATEMENTS</u> with an <u>EQUITY-DAMAGE</u> of the <u>EQUITY-MATERIALS-TAKEN</u> with the <u>CONTRACT-KNOWLEDGE-CERTIFICATION</u> by the <u>WRONG-DOER'S-PERSONAL-CONFESSION-DOCUMENTS</u>.

~49 **For the** <u>**SUPPORTING-TERMS**</u> **OF THIS** <u>**DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT**</u> **ARE** with the <u>**DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT BY THIS QUO-WARRANTO-COMPLAINT**</u>.

~1 **For the** <u>D.-C.-C.-R.-~4</u>**: For the PROCESS of the SERVICE** ~a with the SUMMONS, ~b with the FORM, ~c with the SERVICE of the CLAIMS with the KNOWLEDGE of the VASSALEES, ~d with the **SUMMONS and: COMPLAINT** by the <u>21-DAYS-CORRESPONDENCE-BACK</u> with the CLERK of the <u>DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT</u>, ~g with the <u>JOINING-PROOF</u> of the SERVICE with the CLERK of the COURT, ~h with A <u>COURT-SCHEDULING-TIMES</u> by the SERVICE, ~j WITHIN THE <u>TIME-LIMIT</u> of the <u>TWENTY-ONE-(**21**)-DAYS-JOINING-ANSWER-BACK-SERVICE with the COMPLAINT and: SUMMONS BETWEEN THE CLAIMANTS and: VASSALEES.</u>

~2 **For the** <u>D.-C.-C.-R.-~5</u> = with the **SERVICE:** ~a with the QUIREMENT; ~d with the CLAIMS of the FILING; ~e For the FILING of the <u>COURT-PORT-CLERK'S-KNOWLEDGE</u> **IS** with the <u>SERVICE-CLAIMS</u> of the PERSON with an AGE of the <u>GREATER-THAN-EIGHTEEN-YEARS(18)-YEARS</u> with the MATTERS of the <u>CORPORATION-CASE</u>.

~3 **For the** <u>D.-C.-C.-R.-~6</u> = with the **TIME:** ~a with the <u>COMPUTATION-FEDERAL-CASES-EVERYDAY-CONTINUANCE</u> with this COURT, *FEDERAL DISTRICT COURT and: STATE COURTS.* ~d For the <u>COMPLAINTS and: STATEMENTS</u> OF THIS CORPORATION-CASE **ARE** with the SERVICE of the <u>FIVE-DAYS-CLAIMS-NOTICES</u> with the TRIAL by the CLAIMANTS and: VASSALEES.

~4 **For the** <u>D.-C.-C.-R.-~7</u> = with the **PLEADINGS:** ~a with the PLEADINGS IN THE <u>C.-S.-S.-C.-P.-S.-G.</u>; ~b For the COMPLAINT of the <u>C.-S.-S.-C.-P.-S.-G.-CLAIMS</u> **ARE** with the DAMAGES by the <u>C.-S.-S.-C.-P.-S.-G.-CORRECTION-POSITION</u>. NOTE: For the CLAIMS of the FRAUDS **ARE** with the <u>CLAIMANT'S-COMPLAINT</u> by the SUING with the CORRECTIONS by the <u>CLEAR-MEANINGS</u> with the <u>WORDS and: CLOSURES</u> with the COMPLAINT AGAINST THE <u>FRAUDULENT-VASSALEE'S-PLEADINGS with the WRITING-CONFESSIONS BY THEIR AUTOGRAPHS.</u>

~5 **For the** <u>D.-C.-C.-R.-~8</u> = with the **CLAIMS of the PLEADINGS ARE:**~a with the CLAIMS of the DAMAGES by the <u>COMPENSATION-FEES</u>, MONEY, and: VALUE[PROPERTY]-<u>C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u>; ~b with the <u>C.-S.-S.-C.-P.-S.-G.-CLAIM</u>; ~c with an <u>OATH-CLAIM IN THE C.-S.-S.-C.-P.-S.-G.-CLAIMS</u>; ~d with the FAILURE of the <u>CORRECT-FACTS</u> = :PERJURY, FRAUD, LIES, FRAUDULENT, PRE**S**UMPTIONS, A**S**SUMPTIONS, OPINIONS, MODIFICATIONS and: [A]PARTHEID; ~e with the PLEADINGS by the <u>CONCISE-MEANINGS</u> and: TERMS of the ON**E-THOUGHT** IN EVERY SENTENCE with the HE <u>C.-S.-S.-C.-P.-S.-G.-FACT OF ONE</u> **VERB** with the THINKING IN EVERY SENTENCE-SYNTAX.

~6 **For the** <u>D.-C.-C.-R.-~9</u> = with the **PLEADINGS-SPECIAL** ~b with the CLAIMS of the FRAUDS **ARE** with the CONDITION, WILL and: VOLITION of the MIND; ~e with the JUDGEMENT of the <u>FACT</u> with the COMPLAINT by the <u>C.-S.-S.-C.-P.-S.-G.-CLAIM</u>, ~f with the <u>NOW-TIME</u> and: <u>NOW-PLACE</u>, ~g For the <u>NOW-TIME-FACTS</u> **ARE** IN THE <u>C.-S.-S.-C.-P.-S.-G.-DAMAGE-CLAIM</u> by the CLAIMANTS.

~7 **For the** <u>D.-C.-C.-R.-~10</u>: *For the* FORM *of the* PLEADINGS ARE with the CLAIMS of the CAPTIONS with the COMPLAINT of the <u>CORRECT-FACTS</u>, ~b with the NUMBERING of the SENTENCES OR: PARAGRAPHS and: PAGES; ~C with the BONDING: <u>GLUEING, STITCHING OR: MECHANICAL-RIVETTING</u> of the COMPLAINT.

~8 **For the** <u>D.-C.-C.-R.-~11</u>: **For the** FRIVOLOUS-FILINGS of the <u>VASSALEE-PLEADINGS</u> **ARE** with the <u>DAMAGE-CLAIM</u> of the SANCTION with the <u>FRAUDULENT-SYNTAX-COMMUNICATION</u> by the <u>COURT-VESSEL-DOCUMENT</u>.

~9 **For the** <u>LEGAL-NECESSARY-ELEMENT</u> of the <u>RAPE/FEAR</u> **ARE** with the CLAIMS of the TORT IN an ORAL OR: WRITTEN-THREATING-PERSONAL-HARM with the <u>**TITLE-~42: D.-C.-C.-S.-~1985-~3**</u>.

~10 **FOR an** AUTOGRAPH of the <u>LEGAL-COURT-C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u> **ARE** with the <u>C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT</u> of the <u>FIVE-DAY-TIME-LIMIT OR: SANCTION-FEES</u>.

~11 **For the** <u>C.-S.-S.-C.-P.-S.-G.</u>-SUMMARY-CORRECTIONS of the <u>FRAUDULENT-COURT-DOCUMENTS</u> **ARE** with the COLLUSION-CLAIM: <u>**TITLE-~28: CHAPTER-~85: D.-C.-C.-S.-~1359 by the** VASSALEES</u>.

~12 **For the** <u>**SUMMARY-CORRECTIONS of the**</u> <u>**DOCUMENT-CLAIM-LIST**</u>: **DOCUMENT-CLAIMS-~12-b:**

~13 **For the** <u>D.-C.-C.-R.-~12-~b-~7</u> **of the** JOINING **ARE** with the CLAIMS OF an <u>AUTHORITY-JURISDICTION</u> with the AUTHORIZATION by the '**LAW of the FLAG-DOCUMENT**'.

~14 **For the** <u>D.-C.-C.-R.-~12-~b-~6</u> **of the** <u>NOW-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS</u> **ARE** with the <u>C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS</u> **by the** <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENTS</u>.

~15 **For the** <u>D.-C.-C.-R.-~12-~b-~5</u> with the <u>CORRECT-PROCESS/LIVERY</u> of the CASE-DOCUMENTS **ARE** with the <u>C.-S.-S.-C.-P.-S.-G.-CERTIFICATION</u> of the <u>COURT-CLERK</u> with the PROCESSING of the PAPERWORK with the <u>C.-S.-S.-C.-P.-S.-G.-CLAIM</u> of the <u>PORT-COURT</u>.

FOR THE <u>COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011</u> BY THE <u>David-Wynn: Miller</u>, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: <u>CLAIMANT: **David-Russell: Myrland**</u> OF THIS <u>DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT</u>.

~16 For the D.-C.-C.-R.-~12-~b-~4: CORRECT-SERVICES of the PAPERWORK ARE with an AUTOGRAPH-CANCELATION ON THE UNITED-STATES-POSTAL-SERVICE-STAMP and: END-DORSEMENT with the TOP of the COVER-PAGE-BACK with the DOCKETING-PORT-STAMP of the PORT-COURT.

~17 For the D.-C.-C.-R.-~12-~b-~3 of the C.-S.-S.-C.-P.-S.-G.-VENUE with this COURT-FILING ARE with the C.-S.-S.-C.-P.-S.-G.-CLAIM by the PORT-COURT-DOCUMENT-CONTRACT.

~18 For the LAW of the FLAG ARE with the CLAIM of the SANCTION AGAINST THE FOREIGN-MODIFICATION with the COLOR, OBJECT OR: SHAPE by the FRAUDULENT-USE-MODIFICATION.

~19 For the TRAPS IN THE TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING, CHANGING-VECTORS and: TITLE-SITES ARE with the FRAUDULENT-GRAMMAR-FORMAT by the VASSALEES.

~20 For the D.-C.-C.-R.-~12-~b-~2: For the COURT OF THIS DOCUMENT-CORPORATION IS with the DOCUMENT-CLAIM by the C.-S.-S.-C.-P.-S.-G.-PORT-JOINING-COURT-AUTHORITY-JURISDICTION.

~21 For the D.-C.-C.-R.-~12-~b-~1: For the KNOWLEDGE of the C.-S.-S.-C.-P.-S.-G.-FACTS ARE with the CLAIMS of the FACTS with the CORPORATION-CASE by the DOCUMENT-TERMS.

~22 For the CAUSE of the D.-C.-C.-R.-~9-~b, D.-C.-C.-R.-~12-b, D.-C.-C.-R.-~56-~d, and: D.-C.-C.-R.-~7 FOR an OPERATIONAL; and: with an EQUAL-GUARANTEE of the TITLE-~42: D.-C.-C.-S.-~1985-~2 with the DAMAGE of the by the CLAIMANT'S-C.-S.-S.-C.-P.-S.-G.-FACTS, WITNESSING and: EVIDENCE.

~23 For the TITLE-~18: D.-C.-C.-S.-~1621, :FRAUD-FACT and: PERJURY OF an OATH IS with an USE of the COERCION with the VIOLATION of the TITLE-~18: D.-C.-C.-S.-~1359 with the RAPE of the CORRECT-FACTS with the PERSONS/VASSALEES OF an ACTION with the TITLE-~18: D.-C.-C.-S.-~4 of the CORPORATION-CASE, with the PRISON of the FRAUDULENT-FELONY with the F.-S.-G. and: FRAUDULENT-FACTS and: TITLE-~18: D.-C.-C.-S.-~3 IN THE PARTICIPATION with the CRIMINAL-COMMUNICATION by the FRAUDULENT-SYNTAX-GRAMMAR-AUTHOR.

~24 For the DOCUMENT-CLAIMS, CIVIL-CLAIMS, OR: CRIMINAL-CLAIMS with the CASE ARE with the DAMAGE-CLAIM by the FRAUDULENT-FACT with an OATH of the F.-S.-G.-FIDUCIARY-OFFICER with the CLAIMS of the F.-S.-G./FRAUD-CONCLUSIONS.

~25 For the POINT-IN-TIME-OATH of the FIDUCIARY-OFFICE ARE with THEIR FIRST-DUTY of the CORPORATION with the SECOND-DUTY BY an AUTOGRAPH.

~26 For the ADJECTIVES, PRONOUNS OR: VERB-PROCESS IN THE F.-S.-G. ARE with the PARTICIPATION IN THE MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341.

~27 For the COMPLAINT-JUDGEMENT ON THE PLEADINGS ARE with the COMPLAINT of the FACTS with the FIRST-Hand:-KNOWLEDGE of the F.-S.-G.

~28 For the D.-C.-C.-R.-~24 and: TITLE-~28: D.-C.-C.-S.-~2403 of the DOCUMENT-VESSEL ARE with the C.-S.-S.-C.-P.-S.-G.-CHALLENGE of the CORRECT-FACTS.

~29 FOR an OPERATIONAL-CLAIM of the UNITED-STATES-DI-STRICT-COURT-BUILDING IS with an EQUAL-CLAIM of the NEUTRAL-FILING-LOCATION WITHIN the LOCAL-TERRITORY of the PERSONAL-GREVENCES with the STOPPING and: CORRECTING of the PARSE-SYNTAX-GRAMMAR-VIOLATIONS with the PAPER-VESSEL-WRITTEN-GRIEVENCE of the DAMAGES WITHIN the DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~30 For the TITLE-~18: D.-C.-C.-S.-~1621: For the CONDITION of the MINDS ARE with the WILLFUL-VOLITIONS-CLAIMS of the PAYMENTS with the WRONGFUL-ACTION BY A PERJURY-OATH.

~31 For the PERSON'S-KNOWLEDGE of the DOCUMENT-BREACHES ARE with the DAMAGE-CLAIM of the DOCUMENT with the PAYING of the FEES with the CORPORATION-CASE by the DAMAGED-VESSEL: D.-C.-C.-R.-~9-~b.

~32 For the D.-C.-C.-R.-~38-a: For the C.-S.-S.-C.-P.-S.-G.-TRIAL of the TWELVE-PERSON-JURY IS with the SUMMARY-CORRECTION-CLAIM by the DOCUMENT-COURT.

~33 For the D.-C.-C.-R.-~41-~a: VOLUNTARY-TERMINATION of the FILE-COMPLAINT IS with the VOLUNTARY-WITHDRAW of the CASE with the KNOWLEDGE of the CORRECTIONS with the DOCUMENTS OF an ORIGINAL-FILING-CASE-CLAIM.

~34 For the D.-C.-C.-R.-~49: For the FACTS of the CASES ARE with the CORRECT-FACTUAL-CLAIMS-EVIDENCE of the PORT-COURT-POSTAL-VESSEL-POSTAGE-STAMPS.

~35 For the D.-C.-C.-R.-~50: For the NEW-TRIAL of the CASE IS with the CLAIM of the C.-S.-S.-C.-P.-S.-G.-PLEADINGS.

~36 For the D.-C.-C.-R.-~54: For the CLAIMS of the SUMMARY-JUDGEMENT ARE with the C.-S.-S.-C.-P.-S.-G.-CORRECTIONS by the WITNESS-PLENIPOTENTIARY-JUDGE.

~37 For the [PRE]POSITIONS of the WORDS: FOR, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH THRU, EITHER, BEYOND, INTO ARE with an AUTHORITY-JURISDICTION-POSITION-LODIAL-FACT-PHRASE of the NOW-TIME-AUTHORITY.

~38 For the D.-C.-C.-R.-~55: of the FAULT-JUDGEMENT ARE with the CORPORATION-CASE of the C.-S.-S.-C.-P.-S.-G., with the FORTY-FIVE-DAY-TRUST-LAW-TIME-LIMIT-PARTICIPATION of the VASSALEES'-CORRESPONDENCE-BACK-PLEADINGS with the FAILURE of the C.-S.-S.-C.-P.-S.-G. with the DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~39 For the D.-C.-C.-R.-~56: For the SUMMARY-JUDGMENT by the C.-S.-S.-C.-P.-S.-G ARE with the DAMAGE-CLAIMS BY THIS QUO-WARRANTO-COMPLAINT with the VASSALEES'-EVIDENCE BY THIS CORPORATION-CASE.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: David-Russell: Myrland OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~40 For the **D.-C.-C.-R.-~**57: For the CLARATORY-JUDGEMENTS of the DAMAGES **ARE** with the CLAIMS of the PHYSICAL-EVIDENCE-DAMAGES with the **C.-S.-S.-C.-P.-S.-G.**-FACTS by the PERFECT-FACT-EVIDENCE-JUDGE.

~41 For the POLICY and: CUSTOM of the VASSALEES-DOCUMENT-EVIDENCE **ARE** with the DAMAGE-CLAIMS AGAINST THE CLAIMANTS with the SUMMARY-CORRECTIONS of the VASSALEES'-SYNTAX-GRAMMAR-FRAUD-EVIDENCE ON THIS DATE-~15~-AUGUST-~2011, with the **C.-S.-S.-C.-P.-S.-G.**-CORRECTIONS BY THIS CONTRACT-TREATY-WITNESS-PLENIPOTENTIARY-JUDGE.

~42 FOR an AUTHORITY-JURISDICTION of the DOCUMENT-FACTS **ARE** WITHIN THE COURT-DOCUMENT-CLAIMS of the CORRECT-LODIAL-[ARTICLE] with the CLAIMS OF an AUTHORITY-JURISDICTION with the CORRECT-POSITIONAL-LODIAL-FACT-PHRASE IN THE NOW-TIME-TENSE with the LODIAL-[*ARTICLE*] of the NOW-TIME-TENSE-FACT-WORDS with the SENTENCE-SYNTAX OF THIS CORPORATION-CASE.

~43 For the TITLE-~42: D.-C.-C.-S.-~1985-~3: **For the** BIAS of the VESSEL-**DOCUMENTS ARE** with the PERSON-CLAIM of the DOCUMENT-STATE-TERRITORY with the CONSPIRING of the GUISE, with the VACATING, EITHER THE DIRECTION of the PERSON OR: CLASS with the PERSON'S-EQUAL-GUARANTEE OF an **EQUAL**-DOCUMENT-CLAIM with the HINDRANCE of the DOCUMENT-AUTHORITY OR: with the JUDGE/ATTORNEY/PERSONS IN THE PERSON'S-CONSPIRACY with the THREATENING-PERSON by the VOTE with the GIVING of the PERSON-SUPPORT/ADVOCACY IN THE LEGAL-MANNER, OR: with the DAMAGING of the PERSON/PERSON/SELF OR: PROPERTY with the SUPPORT/ [AD]VOCACY IN THE CASE with the CONSPIRACY of the **TITLE-~42: D.-C.-C.-S.-~1985-~1**, with the ONE-OR-MORE-PERSONS' of the CIVIL-CONSPIRACY-DAMAGE with the PUBLICATIONS WITHIN THE DOCUMENT-POSTAL-VESSEL.

~44 For the **TITLE-~42: D.-C.-C.-S.-~1986**: KNOWLEDGE of the DOCUMENT-DUTIES **ARE** with the CLAIM of the CORRECTION with the WRONG-SYNTAX-COMMUNICATIONS by the **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT.

~45 FOR an **ACTS of the RACKETEERING ARE** with the OWNER'S-LODIAL-CLAIMS of the FINANCIAL-EQUITY-CLAIM with THEIR BUSINESS of the MEANS with the THREAT of the STRONGER-POWERING-FORCE.

~46 **For the TITLE-~42: D.-C.-C.-S.-~1985-~2** with the **[OB]STRUCTING of the CORRECT-FACTS**, with the THREATENING AGAINST A WITNESS with the TWO-OR-MORE-PERSONS IN THE CONSPIRING with the THREATENING of the PERSON/WITNESS with the POSTION IN THE PORT-COURT-POSTAL-VESSEL OR with the TESTIFYING of the MATTER-PENDING with the CASE IN THE PORT-COURT-POSTAL-VESSEL with the WITNESSING of the PERSON with an ATTENDING, TESTIFYING, OR: CONVINCING of the VERDICT OR: CLAIM with the GRand: OR: PETIT-JUROR, IN THE COURT, OR with the DAMAGING of the JUROR with the PERSON-SELF-VALUES of the CLAIM with the VERDICT OF the JUDGEMENT with the JUROR-DUTY of the TWO-OR-MORE-PERSONS-CONSPIRACY with the OBSTRUCTING of the CORRECT-FACTS with the CORPORATION-CASE WITHIN THE PORT-COURT.

~47 **For the** JUDGE'S-KNOWLEDGE of the FACTS **ARE** with the DUTY-CLAIM of the CORPORATION-DOCUMENT with the PUBLICATION IN THE **C.-S.-S.-C.-P.-S.-G.** with the CLAIMS of the PERSONS, OR: CORPORATIONS with the KNOWLEDGE of the PARSE-SYNTAX-GRAMMAR-WORD-MEANINGS with the DOCUMENT-AUTHORITY of the PEACEFUL-DUTY with the JUDGE, POSTMASTER, BANK-BANKER, and: CLERK AS THE FIDUCIARY-PERSON.

~48 For the **FRAUD-FACT-PERJURY: For the** MODIFICATION-CLAIMS of the FACTS with the PERSON'S-KNOWLEDGE **IS** with the WITNESSING-CLAIM of the FACTUAL-EVIDENCE with an OATH of the SAFE-GUARD with the DUTY by the FIDUCIARY'S-DOCUMENT-CONTRACT-OATH.

~49 For the **FALSE-SWEARING** of the TIME-LIMITATIONS **ARE** with the RUNNING-TIME-CLAIM by the FIRST-STATEMENT. (3X3X3=27, 3X3X0=0, FACT X FACT = FACT, FACT X LIE = LIE)

~50 For the '**TORT**' of the DOCUMENT-CONTRACT-WRONGS **ARE** with the PERSON'S-CONSPIRACY AGAINST THE DUTIES, PERSONS, DOCUMENT-CONTRACT OR: CONSTITUTION-STATE with the FIDUCIARY'S-KNOWLEDGE of the WRONGFUL-PARSE-SYNTAX-GRAMMAR-USE with the THREATENING-FEAR OR: COLORING-FEAR of the **TITLE-~18: D.-C.-C.-S.-~871.**

~51 For the **MOVING-PERSON'S-LARCENY by the FRAUD and: CHEATING of the VASSALEES-CONTRACT ARE** with the DAMAGE of the **FALSE-CLAIM-ACT: TITLE-31: D.-C.-C.-S.-~3729-~3733-herein-statements.**

~52 **For the** FRAUDULENT-TAKING OR: POSSESSION of the PERSON'S-VALUABLES **IS** with the **FRAUDULENT-SYNTAX-GRAMMAR-**CLAIM by the FIDUCIARY OR: CONFIDENTIAL-PERSON.

~53 **For the** BREACH of the COMMISSION, OMISSION, OR: DOCUMENT of the DUTY, AUTHORITY, FIDUCIARY, TERMS, CONDITIONS **ARE** with the CLAIM AS THE NEGLIGENT-PERSON.

~54 **For the** RACKETEERING OF an ORGANIZATION-CONSPIRACY **ARE** with the COMMITMENT of the CRIMES with the TORT/COERCION and: RAPE of the LIFE, PARTY, PERSON, DOCUMENT OR: CORPORATION BEYOND THE POINT of the COVERY with an ENGINEERING of the DAMAGE with A CASE AGAINST THE PERSONS.

~55 FOR an **ADJECTIVE** of the COLORFUL-OPINIONS **ARE** with the MODIFICATION of the FACT with the TWO-OR-MORE-FACTS-JOINING of the TWO-SEPARATE-WORDS with the VACANT-USE of the HYPHEN-BETWEEN-THE-WORDS with the LAST-FACT of the FACT-PHRASE with the CHANGING of the FIRST-FACT-WORD INTO an ADJECTIVE-WORD-MEANING and: with the ADJECTIVE-CHANGES of the SECOND-FACT-WORD INTO THE PRONOUN-SYNTAX-WORD-MEANING.

~56 For the TITLE-~18: D.-C.-C.-S.-~242-~1 For the TWO-or-MORE-PERSON of the COMING-TOGETHER with the VOIDING of the CORRECT-DOCUMENT with the FIDUCIARIES of the DOCUMENT-COURT with A CASE of the LAW, STATUE, ORDINANCE, REGULATION, and: MARTIAL-LAW-METHODS with A CASE IN THE DOCUMENT-STATE-**CORPORATION-COURT** with the TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES OR: TREATMENT ON an [ACCOUNT]LEDGER with the PERSON-BEING-FOREIGN = **VACANT-PUNCTUATION IN THE DEAD-NAME = FRAUDULENT/FOREIGN**, OR with the CLAIMS of the PERSON'S-COLOR, RACE, FAITH, OR: SEX **ARE** with the CLAIMS by the DOCUMENT-PUNISHMENT.

~57 For the **DURESS**: VACANT-LAW[ILLEGAL]-PURPOSE/THREAT of the PERSON'S-COMPLIANCE **ARE** with the THREAT of the BEATING, VIOLENCE, EMOTIONAL-PAIN OR: LOSS of the FREEDOM with the PRISON of the PERSON/PARTY with the MENTAL OR: FINANCIAL-HARM by the COLLUSION-FORCE: **TITLE-~28: D.-C.-C.-S.-~1359.**

~58 For the LAWYER OR: ATTORNEY of the DOCUMENTING-SERVICES **ARE** with the DAMAGE-CLAIM of the **C.-S.-S.-C.-P.-S.-G.**-FAILURE, LOSS OR: DAMAGES with the COMMUNION OF THEIR SERVICES.

~59 For the BIAS: For the CONCEIVE/OPINION = LEANING-TOWARDS-ONE-SIDE of the CAUSE with the CONVICTION of the CORRECT-FACTS.

~60 For the [DIS]CRIMINATION = [A]PARTHEID: For the TREATMENT of the PERSON'S-EQUALITY **ARE** with the DAMAGE-CLAIM of the NEGLECT with the FAVORING of the ONE-PERSON with the APARTHEID of the SECOND-PERSON. *:TITLE-~VII of the ~1964: DOCUMENT-CIVIL-RIGHTS-ACT.*

~61 For the **TITLE-~18: D.-C.-C.-S.-~242:** For the PERSON of the FRAUDULENT-COLORING **ARE** with the DOCUMENT-LAW-STATUTES, ORDINANCE OR: REGULATIONS **of the** DAMAGE-CLAIMS with the DOCUMENT IN THE NOW-TENSE with the DOCUMENT BETWEEN THE TWO-OR-MORE-PERSON with the MANIFESTATIONS of the DOCUMENT-STATES-COURT-CORPORATION.

~62 For the **David-Russell: Myrland**'s-KNOWLEDGE OF THESE HANDYCAPPING-COMMUNICATIONS with the VASSALEE'S-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-DOCUMENTS **ARE** with the DAMAGE-CLAIM of the FRAUDULENT-SYNTAX-GRAMMAR-PAPERS with the VACATING OF THESE FICTIONAL-PAPERS with the SUMMARY-JUDGEMENT-SANCTIONS AGAINST THE VASSALEES with the THREE-TIMES-DAMAGE-PAYBACK of the PERSONAL-LOSS, LOSS of the FREEDOMS, STANDING IN THE COMMUNITY, and: EMOTIONAL-TRAMA with the VASSALLES'-ATTORNEY'S-PARSE-SYNTAX-GRAMMAR-SECOND-GRADE-WRITING-LEVEL-FRAUD.

: *[signature]* 3-January-2012  :SEAL: *[seal mark]*
: **David-Russell: Myrland**

: *David-Wynn:* *[signature]* ~21~December~2011
:**David-Wynn: Miller**;:PLE...TIARY-JUDGE, **FEDERAL-JUDGE**, POSTMASTER for the WITNESSING of the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMER-DOCUMENTS. [~5166-~NORTH-~63,-~MILWAUKEE,-~WISCONSIN-~53218]

:NOTE: For the "WHY" of the SHERIFF'S-STATEMENT-WRITINGS AND: UNITED STATES ATTORNEY'S-STATEMENT-WRITING **ARE** with A SECOND-GRADE-READING-LEVEL and: WRITING-LEVEL and: VACATING-FACTS, OPINIONS, GUESSING, MODIFICATIONS, VIOD-FACTUAL-SYNTAX-GRAMMAR of the FRONTWARDS and: BACKWARDS-CORRECT-SYNTAXING-MODIFICATION-FRAUD of the VOID-WORD-MEANINGS by the VASSALEES AGAINST THE COLLUSION-CONSPIRACY with the HANDYCAPPING-PARSE-SYNTAX-GRAMMAE-COMMUNICATION-PLEADINGS and: BABBLING-COLUSSION-THREATS AGAINST THE **David-Russell: Myrland** by the VASSALEES.

For this FEDERAL-JUDGE: David-Wynn: Miller's-CORRECTION of the VASSALEES-FICTION-SYNTAX-GRAMMAR-PLEADINGS IS with the CORRECTION-PARTICIPARTION-CLAIM of this BABBLE-INDICTMENT-EVIDENCE and: BAD-PROBATION-SYNTAX-GRAMMAR-EVIDENCE. [WHY DID THE VASSALEES DO THIS CASE WITH A VOID-COMMUNICATIONS?] FOR THE VOID-DROGUE-LAW, VOID-OATH OF AN OFFICE, VOID-JUDGE'S-OATH, VOID-DOCKING-COURT-HOUSE-VESSEL IN THE WASHINGTON-STATE-DRYDOCK and: VOID-ORIGINAL-LODIAL-LAND-TITLE.

FOR THE COPYCLAIM/COPYRIGHT-~21-~DECEMBER-~2011 BY THE David-Wynn: Miller, FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE, POST-MASTER, and: CLAIMANT: **David-Russell: Myrland** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

:EVIDENCE:

1

—— FILED  —— ENTERED
2  —— LODGED  —— RECEIVED

3        JAN 21 2011

4              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
5     BY                    DEPUTY

6

7                                    :Syntax-word-key-meaning:
                                     1=Adverb        8=Past-time
                                     2=Verb          9=Future-time
8                                    3=Adjective      0=Conjunction
                                     4=Pronoun       NC=No-Contract
9

10

11          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
12                  AT SEATTLE

13

14   UNITED STATES OF AMERICA,      )
                                    )   NO. MJ 11 - 30
15                    Plaintiff,    )
                                    )   COMPLAINT FOR VIOLATION
16          v.                      )
                                    )   18 U.S.C. § 875(c)
17   DAVID RUSSELL MYRLAND,         )
                                    )
18                    Defendant.    )

19   _____

20        Before the Honorable Mary Alice Theiler, United States Magistrate Judge, at

21   Seattle, Washington.

22                          COUNT ONE

23        (Transmission of Threatening Interstate Communication)

24        On or about August 30, 2010, at Kirkland, within the Western District of

25   Washington and elsewhere, DAVID RUSSELL MYRLAND knowingly did transmit in

26   interstate and foreign commerce a communication containing a threat to kidnap and injure

27   the person of another, in that he used a computer and the Internet to transmit, by

28   commercial and interstate electronic mail ("e-mail"), a message addressed to J.M., the

COMPLAINT - 1                              UNITED STATES ATTORNEY
U.S. v. Myrland                              700 Stewart Street, Suite 5220
                                          Seattle, Washington 98101-1271
                                                (206) 553-7970

1  Mayor of the City of Kirkland, which message was received at a City of Kirkland

2  computer server, and in which message DAVID RUSSELL MYRLAND threatened to

3  use force to "arrest" J.M. in her home.

4      All in violation of Title 18, United States Code, Section 875(c).

5      And the undersigned Complainant, Special Agent John Dean, hereby further states

6  as follows:

7      **I. INTRODUCTION AND AGENT BACKGROUND.**

8      1.   I, John Dean, am a Senior Special Agent in the United States Department of

9  Homeland Security (DHS), National Protection and Programs Directorate (NPPD),

10  assigned to the Federal Protective Service (FPS), Arctic Northwest Region, in Federal

11  Way, Washington.  I have been a Special Agent with FPS for eleven (11) years.  Prior to

12  my becoming a Special Agent, I had been a Police Officer with FPS for four (4) years.

13  Prior to my employment with the FPS, I was a Police Sergeant with the Department of

14  Defense Police for three (3) years, and a Security Policeman with the United States Air

15  Force for six (6) years. I have attended, and graduated, formal training academies for each

16  of the organizations listed. Additionally, I have received formal, informal, and

17  experience-based training on the conduct of Protective Investigations throughout my

18  career.  Part of my duties entails the response, and investigation of threats to individuals

19  and Government organizations.

20      2.   As set forth below, there is probable cause to believe that DAVID

21  RUSSELL MYRLAND has committed a violation of Title 18, United States Code,

22  Section 875(c), which prohibits the interstate communication of threat to kidnap or injure

23  any person.

24      3.   This Complaint is based on my own investigation and on information

25  provided to me by other law enforcement officers.  This Complaint is submitted for the

26  limited purpose of showing probable cause to arrest DAVID RUSSELL MYRLAND, and

27  therefore does not contain every fact known to me about this investigation.

28

COMPLAINT - 2
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## II. SUMMARY OF PROBABLE CAUSE.

**A.     THE KIRKLAND TRAFFIC STOP AND ARREST.**

4.      Based on my investigation, and a review of reports provided by the Kirkland Police Department and the King County Prosecuting Attorney's Office, the events leading to this complaint began on August 10, 2010.  On that date, Kirkland Police Department Officers observed a red Volvo driving on the 132nd Avenue N.E. in Kirkland without a visible license plate.  Officers recognized the vehicle as belonging to DAVID RUSSELL MYRLAND, who was the subject of an earlier "officer safety" bulletin, who had in the past made threats to "arrest" police officers, and was known to possess a 9mm handgun.

5.      The officer activated his emergency lights and pulled over the Volvo for not having a license plate.  The vehicle turned on to NE 70th in Kirkland and came to a stop.

6.      The Kirkland Officer approached the vehicle, and immediately noticed a black semiautomatic Springfield XD pistol lying on the front passenger seat.  A loaded magazine was on top of the pistol.

7.      Based on the presence of the firearm, the officer advised the driver (later identified as DAVID RUSSELL MYRLAND) to keep his hands on the steering wheel.  MYRLAND responded that the gun was not loaded, and that he was allowed to have a gun.  He then moved his hands towards the weapon, stating he would show the officer that the gun was not loaded.  The officer advised him again to keep his hands on the steering wheel and not to reach towards the weapon.

8.      The officer then asked MYRLAND why his vehicle did not have license plates.  MYRLAND responded that he did not have to have license plates because he was "not subject to Washington State Laws" or words to that effect.  MYRLAND offered to provide the officer with a legal brief explaining why, and claimed the officer lacked the legal authority to stop him.

9.      The officer then asked MYRLAND for his driver's license, registration, and insurance information.  MYRLAND then reached towards the handgun on the seat next to

:Syntax-word-key-meaning:
1=Adverb      8=Past-time
2=Verb        9=Future-time
3=Adjective   0=Conjunction
4=Pronoun     NC=No-Contract

COMPLAINT - 3
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  him, and the officer again had to order MYRLAND to keep his hands on the steering

2  wheel.

3      10.   MYRLAND then responded to the officer that he did not have a license or

4  registration paperwork, again explaining that he was not subject to the motor vehicle laws

5  of the State of Washington.

6      11.   During the course of the stop, MYRLAND repeatedly claimed that he was

7  not subject to Washington State laws regarding driving, and stated that if he was placed

8  under arrest for violating those laws, he would be constitutionally authorized to come to

9  the officer's residence and arrest him at any time.  The officers observed that MYRLAND

10  became very agitated, clenching his fists, and that his face turned red.

11      12.   When additional officers arrived on scene, MYRLAND was removed from

12  the vehicle and searched for officer safety.  During the search, officers discovered that

13  MYRLAND was wearing a shoulder holster for the semiautomatic pistol under his jacket.

14  Two additional loaded magazines for the pistol were stored in the holster.  MYRLAND

15  told the officers he owned the firearm to "shoot pitbulls."

16      13.   Records checks showed that the vehicle MYRLAND was driving was

17  registered out of the State of Oklahoma, but that the registration in that state was expired.

18  Records also showed that MYRLAND had a suspended driver's license in the third

19  degree.  Based on those facts, the officers placed MYRLAND under arrest for driving

20  while license suspended in the third degree and for violation of vehicle trip permits.

21  MYRLAND's vehicle was impounded.

22      14.   Officers read MYRLAND his rights, and he responded that "Apparently the

23  Constitution doesn't apply to me, so I must be crazy."

24      15.   During transport to the Kirkland Police Department, MYRLAND became

25  agitated and began to yell.  He informed the officer that the City had put the officer in a

26  "dangerous position" and that MYRLAND was in a position to "arrest" the officer due to

27  the "unlawful" nature of MYRLAND's arrest.  MYRLAND also stated that he was

28  extremely upset at the Mayor of the City of Kirkland, and would be submitting affidavits

:Syntax-word-key-meaning:
1=Adverb   8=Past-time
2=Verb   9=Future-time
3=Adjective   0=Conjunction
4=Pronoun   NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  to the Superior Court regarding her treatment of him.

2      16.    MYRLAND was booked and released, and asked to speak with the arresting

3  officer.  The officer advised him that he would not release MYRLAND's firearm to him,

4  which caused MYRLAND to become enraged and yell.  MYRLAND stormed out of the

5  Police Department, and yelled at a number of officers outside the building.

6  **B.      THE EMAIL THREAT - COUNT ONE.**

7      17.    My investigation has revealed that on or about August 30, 2010, Defendant

8  sent the following email to the official City of Kirkland email account for the Mayor of

9  Kirkland (XXXXX@ci.kirkland.wa.us) from the email address governthis@hotmail.com:

10
11          On Friday, September 3, 2010, I , David Russell; Myrland,
        will apply to a panel of Americans to offer evidence of
12       felonious conduct on your part, which constitutes an ongoing
        threat to Public Safety, hoping to cause the issuance of a
13       "WRIT OF PROBABLE CAUSE" to substantiate the arrest of
        your person under RCW 9A.16.020.  Upon the issuance of
14       said Writ, 50 or more concerned Citizens with knowledge of
        your crimes will enter your home and arrest you, to take you
15       to competent authorities as provided by law.  DO NOT
        RESIST as these Citizens will be heavily armed and will meet
16       all resistance with all necessary force, as provided by law.  If
        you default or otherwise do not appear, and if my application
17       is granted, I would advise you to keep your front and back
        doors to your home UNLOCKED to better facilitate your
        lawful arrest."

18  The Mayor contacted the Kirkland Police and filed a report of the incident.

19
20      18.    On September 8, 2010, a Kirkland Police Department Detective contacted

21  MYRLAND via telephone in regards to the email.   The Detective recognized the voice of

22  the individual he spoke with on the telephone as that of MYRLAND from his past

23  interactions with MYRLAND.  MYRLAND stated he was aware of the email the

24  Detective was referring to, and admitted he had authored and sent the email to the

25  Kirkland Mayor at her City of Kirkland email address.

26      19.    MYRLAND went on to claim that he had the legal right to effect a citizen's

27  arrest of the Mayor of Kirkland due to her unwillingness to address a legal problem he

28  was having with the City of Kirkland, and intended to follow through with arresting the

:Syntax-word-key-meaning:
1=Adverb        8=Past-time
2=Verb          9=Future-time
3=Adjective     0=Conjunction
4=Pronoun       NC=No-Contract

COMPLAINT - 5
*U.S. v. Myrland*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Mayor.

2      20.    I know that email accounts whose addresses end in "@hotmail.com" are

3  controlled by Microsoft. A review of the header information for the email sent by

4  MYRLAND indicates that the "header" contains the initials "SNT." According to

5  Microsoft personnel, this means that the email was transmitted via a server in San

6  Antonio, Texas. The email therefore was transmitted in interstate commerce.

7      21.    I recently interviewed the Mayor and she stated she was fearful for her

8  safety and that of her family due to the Defendant's email message. I respectfully submit

9  that her fear was objectively reasonable, particularly given the context of MYRLAND's

10  other interactions with Kirkland employees. Based on the foregoing, I respectfully submit

11  there is probable cause to believe that MYRLAND sent a threatening communication in

12  interstate commerce, in violation of 18 U.S.C. § 875(c).

13  **C.    OTHER THREATS.**

14      22.    This email threat was but one of a number of threats made by MYRLAND

15  against individuals employed by the City of Kirkland, which provide additional context to

16  the threat charged in Count One.

17      23.    For example, on September 3, 2010, a Kirkland Assistant City Attorney,

18  O.R. received a telephone call on his home telephone. The caller identification system on

19  O.R.'s telephone identified the number calling as 425-556-9828, "David Myrland." The

20  male caller left the following voice mail message: "Keep your doors unlocked. Don't

21  resist. You're going to be meeting people."

22      24.    O.R. recognized the voice on the message as that of the MYRLAND from

23  numerous in-person professional interactions in the past. O.R. contacted the same

24  Detective with the Kirkland Police Department, and provided a copy of the voice mail

25  message. The Detective also recognized MYRLAND's voice on the recording from past

26  interactions with the Defendant.

27      25.    On September 8, 2010, the Detective contacted MYRLAND via telephone

28  in regards to the voice mail. MYRLAND admitted he had placed the telephone call and

:Syntax-word-key-meaning:
1=Adverb    8=Past-time
2=Verb    9=Future-time
3=Adjective    0=Conjunction
4=Pronoun    NC=No-Contract

COMPLAINT - 6
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   left the voice mail message. MYRLAND stated he had the legal right to effect a citizen's

2   arrest of O.R. due to his unwillingness to address a legal problem he was having with the

3   City of Kirkland, and intended to follow through with arresting O.R. O.R. has told me

4   he was fearful for his safety and that of his family due to the Defendant's voice mail

5   message.

6       26.    The King County Prosecuting Attorney's Office ultimately charged

7   MYRLAND with state offenses related to the threats made against the Kirkland Mayor

8   and Assistant City Attorney. Those charges are pending as of the date of this Complaint.

9       27.    In response, MYRLAND has continued to claim that he is not subject to the

10   laws of the State of Washington, and that he has the authority, and the intention, to arrest

11   state and local officials whom he feels are somehow violating his rights by continuing to

12   prosecute his various local offenses. MYRLAND has also enlisted others to make threats

13   on his behalf.

14       28.    On or about December 27, 2010, the City of Kirkland received a six-page

15   letter from a "D.W." with an address in Little Elm, Texas. The letter was delivered by

16   U.S. Mail. The letter refers to the elected King County Prosecuting Attorney, D.S., and

17   also to O.R., as engaging in the "malicious prosecution" of people who think like

18   MYRLAND. It goes on to detail, at some length, how the City of Kirkland violated

19   MYRLAND's rights in regards to the traffic stop referred to above, and how the King

20   County Prosecuting Attorney was now wrongfully prosecuting MYRLAND for the

21   statements he made to the Mayor and the Assistant City Attorney.

22       29.    The letter further states that it is "lawful for a private citizen to use deadly

23   force in attempting to apprehend a fleeing felon," and that "an assault is lawful when

24   necessary by a person arresting one who has committed a felony - that is, by a private

25   citizen." It concludes in part that "We the people see [the Mayor of Kirkland and the

26   Assistant City Attorney] as the criminals, and if Mr. [S] knows what's good for him he'll

27   either prosecute them instead, or he can expect the use of force against his person if he

28   intervenes on behalf of any criminal victimizing anyone I know. The same is true of the

COMPLAINT - 7
U.S. v. Myrland

:Syntax-word-key-meaning:
1=Adverb    8=Past-time
2=Verb    9=Future-time
3=Adjective    0=Conjunction
4=Pronoun    NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Kirkland police and city officials."

2      30.    My investigation shows that similar letters were sent to the King County

3  Superior Court and to the Washington State Bar Association during the same time frame.

4      31.    On January 13th, 2011, I called MYRLAND's home telephone. The

5  person who answered the phone identified himself as David MYRLAND upon answering

6  the telephone. I told MYRLAND I was investigating some letters sent to the City of

7  Kirkland, Superior Court of King County, and the Washington State Bar Association,

8  apparently on his behalf. I described the content of the letters, and noted that his name

9  was mentioned several times in them. I asked MYRLAND if he was aware of these

10  letters, their content, and who wrote them.

11      32.    MYRLAND stated he was aware that letters were being sent to various

12  government organizations on his behalf, and was aware that the content of the letters

13  involved him and his conflicts with the City of Kirkland and other entities. I then asked

14  MYRLAND if he had written the letters, and he stated he had not. However,

15  MYRLAND admitted that he had provided the information contained in the letters to

16  people via the internet, so they could research his conflicts and draft their own letters of

17  support.

18      33.    I asked the defendant if he knew the authors of two letters in particular,

19  D.W and S.W., and how I might contact them to speak with them. The defendant stated

20  he did not know them personally, but did know who they were through interaction on the

21  internet, and did not know how to contact them directly via telephone or any other

22  method.

23      34.    MYRLAND gave me the addresses of two Internet websites to research

24  information concerning his conflicts with local municipal governments:

25  www.noconfidence.com/cc.doc (site 1), and www.Talkshoe.com/tc/74235 (October 2nd,

26  2010 edition) (site 2). I found both sites on the Internet and observed the following.

27      35.    Site 1 contains a 26 page "Civil Complaint for money damages and other

28  relief." MYRLAND stated he had authored this document. The document discusses

COMPLAINT - 8
U.S. v. Myrland

:Syntax-word-key-meaning:
1=Adverb        8=Past-time
2=Verb          9=Future-time
3=Adjective     0=Conjunction
4=Pronoun       NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   MYRLAND's conflicts with the City of Kirkland and King County, and reiterates

2   MYRLAND's opinion that he is not subject to compliance with the Revised Code of

3   Washington, and is being unlawfully persecuted by the respective City of Kirkland and

4   King County court systems.  The document explains MYRLAND's belief that he can

5   legally arrest Kirkland and other municipal officials.  On page nine of the document,

6   MYRLAND states that "[t]his leaves only deadly force as the sole remedy under RCW

7   9A.16.020, for there are no competent authorities to receive the arrested felons, and

8   therefore no prosecutorial authorities to hold any offender so arrested to the letter of the

9   law.  Plaintiffs will go to prison for reporting crime by municipal authorities, or for

10   protecting themselves as provided by law against such crime.  What level of force is

11   'necessary' force, in such an instance?"  Obviously, this language is very similar to the

12   letters sent to the City of Kirkland, the WSBA, and the King County Superior Court.

13        36.        Site 2 contains an audio recording of MYRLAND talking on a "radio"

14   show.  I recognized MYRLAND's voice from our phone conversation, and the speaker

15   identified himself by name as MYRLAND in the recording.  In the recording, the

16   defendant describes his conflict with municipal authorities in the City of Kirkland and in

17   King County.  During the recording, MYRLAND tells people to go to a website, print out

18   a letter and describes how to mail them in, and to whom.  In return, anyone who presents

19   proof of this will receive copies of MYRLAND's audio teachings.  It should be noted that

20   the specific letters mentioned in this recording do not appear to be the same letters that

21   are the subject of this complaint, which contain direct threats in them (the West Letters);

22   rather, they appear to be a prior set of letters, in which the threats to arrest and such are

23   posed as questions.  Nonetheless, based on the similarity between the letters and

24   MYRLAND's own writings, and his admissions to me that MYRLAND has solicited

25   others two write government officials on his behalf, I believe there is probable cause to

26   believe that MYRLAND aided and abetted the mailing of the threatening letter charged in

27   Count 2, in violation of 18 U.S.C. 876(c).

28

:Syntax-word-key-meaning:
1=Adverb        8=Past-time
2=Verb          9=Future-time
3=Adjective     0=Conjunction
4=Pronoun       NC=No-Contract

COMPLAINT - 9
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CONCLUSION

37.    For the reasons set forth above, I respectfully submit that an arrest warrant should be issued for DAVID RUSSELL MYRLAND for violations of 18 U.S.C. §§ 845 and 876.


JOHN DEAN
Senior Special Agent, Department of Homeland Security


Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this __21__ day of January, 2011.


The Honorable Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

:Syntax-word-key-meaning:
1=Adverb        8=Past-time
2=Verb          9=Future-time
3=Adjective     0=Conjunction
4=Pronoun       NC=No-Contract

10

COMPLAINT - 10
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3

4   11-CR-00057-PLAGR

The Honorable Ricardo S. Martinez

——— FILED ——— ENTERED
——— LODGED ——— RECEIVED

**JUL 27 2011**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

7   UNITED STATES DISTRICT COURT
8   WESTERN DISTRICT OF WASHINGTON
9   AT SEATTLE

10  UNITED STATES OF AMERICA,

11                          Plaintiff,           No. CR11-057RSM

12                                               PLEA AGREEMENT

13  DAVID RUSSELL MYRLAND,

14                          Defendant.

        :Syntax-word-key-meaning:
        1=Adverb        8=Past-time
        2=Verb          9=Future-time
        3=Adjective     0=Conjunction
        4=Pronoun       NC=No-Contract

16      The United States of America, by and through Jenny A. Durkan, United States Attorney
17  for the Western District of Washington, and Vincent T. Lombardi and Jill Otake, Assistant
18  United States Attorneys for said District, Defendant, DAVID RUSSELL MYRLAND, and his
19  attorney, Stephan Illa, enter into the following Agreement, pursuant to Federal Rule of Criminal
20  Procedure 11(c)(1)(B):

21      1.   The Charge.  Defendant, having been advised of the right to have this matter tried
22  before a jury, agrees to waive that right and enters his plea of guilty to the following charge
23  contained in the Indictment: *Transmission of Threatening Interstate Communication*, as charged
24  in Count 1, in violation of Title 18, United States Code, Section 875(c).

25      By entering this plea of guilty, Defendant hereby waives all objections to the form of the
26  charging document.  Defendant further understands that before entering his plea of guilty, he
27  will be placed under oath.  Any statement given by Defendant under oath may be used by the
28  United States in a prosecution for perjury or false statement.

PLEA AGREEMENT - 1
*U.S. v. Myrland*, CR11-0057RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      2.      **Elements of the Offense.** The elements of the offense of *Transmission of*

2 *Threatening Interstate Communication*, as charged in Count 1, in violation of Title 18, United

3 States Code, Section 875(c), are as follows:

4      *First*, Defendant sent a message containing a threat to kidnap or injure the person of

5 another;

6      *Second*, Defendant sent the message in interstate or foreign commerce; and

7      *Third*, Defendant intended his words to be taken as a true threat.

8      3.      **The Penalties.** Defendant understands that the statutory penalties for the offense

9 of *Transmission of Threatening Interstate Communication*, as charged in Count 1, in violation of

10 Title 18, United States Code, Section 875(c), are as follows: Imprisonment for up to five (5)

11 years; a fine of up to $250,000; a period of supervision following release from prison of between

12 two (2) years, and three (3) years; and a special assessment of $100.

13      Defendant agrees that the special assessment shall be paid at or before the time of

14 sentencing. DPV

15      Defendant understands that supervised release is a period of time following imprisonment

16 during which he will be subject to certain restrictions and requirements. Defendant further

17 understands that if supervised release is imposed and he violates one or more of its conditions,

18 Defendant could be returned to prison for all or part of the term of supervised release that was

19 originally imposed. This could result in Defendant's serving a total term of imprisonment greater

20 than the statutory maximum stated above.

21      Defendant understands that in addition to any term of imprisonment and/or fine that is

22 imposed, the Court may order him to pay restitution to any victim of the offense, as required by

23 law. Defendant further understands that a consequence of pleading guilty may include the

24 forfeiture of certain property either as a part of the sentence imposed by the Court, or as a result

25 of civil judicial or administrative process.

26      Defendant agrees that any monetary penalty the Court imposes, including the special

27 assessment, fine, costs, or restitution, is due and payable immediately and further agrees to

28

:Syntax-word-key-meaning:
1=Adverb    8=Past-time
2=Verb    9=Future-time
3=Adjective    0=Conjunction
4=Pronoun    NC=No-Contract

PLEA AGREEMENT - 2
*U.S. v. Myrland*, CR11-0057RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  submit a completed Financial Statement of Debtor form as requested by the United States

2  Attorney's Office.

3      4.      **Rights Waived by Pleading Guilty.** Defendant understands that by pleading

4  guilty, he knowingly and voluntarily waives the following rights:

5          a.      The right to plead not guilty and to persist in a plea of not guilty;

6          b.      The right to a speedy and public trial before a jury of his peers;

7          c.      The right to the effective assistance of counsel at trial, including, if

8  Defendant could not afford an attorney, the right to have the Court appoint one for him;

9          d.      The right to be presumed innocent until guilt has been established beyond a

10  reasonable doubt at trial;

11          e.      The right to confront and cross-examine witnesses against Defendant at

12  trial;

13          f.      The right to compel or subpoena witnesses to appear on his behalf at trial;

14          g.      The right to testify or to remain silent at trial, at which trial such silence

15  could not be used against Defendant; and

16          h.      The right to appeal a finding of guilt or any pretrial rulings.

17      5.      **United States Sentencing Guidelines.** Defendant understands and acknowledges

18  that, at sentencing, the Court must consider the sentencing range calculated under the

19  United States Sentencing Guidelines, together with the other factors set forth in Title 18,

20  United States Code, Section 3553(a), including: (1) the nature and circumstances of the offense;

21  (2) the history and characteristics of the defendant; (3) the need for the sentence to reflect the

22  seriousness of the offense, to promote respect for the law, and to provide just punishment for the

23  offense; (4) the need for the sentence to afford adequate deterrence to criminal conduct; (5) the

24  need for the sentence to protect the public from further crimes of the defendant; (6) the need to

25  provide the defendant with educational and vocational training, medical care, or other

26  correctional treatment in the most effective manner; (7) the kinds of sentences available; (8) the

27  need to provide restitution to victims; and (9) the need to avoid unwarranted sentence disparity

28

:Syntax-word-key-meaning:

| 1=Adverb | 8=Past-time |
| 2=Verb | 9=Future-time |
| 3=Adjective | 0=Conjunction |
| 4=Pronoun | NC=No-Contract |

PLEA AGREEMENT - 3
U.S. v. Myrland, CR11-0057RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 among defendants involved in similar conduct who have similar records. Accordingly,

2 Defendant understands and acknowledges that:

3       a. The Court will determine his applicable Sentencing Guidelines range at the

4 time of sentencing;

5       b. After consideration of the Sentencing Guidelines and the factors in

6 18 U.S.C. 3553(a), the Court may impose any sentence authorized by law, up to the maximum

7 term authorized by law;

8       c. The Court is not bound by any recommendation regarding the sentence to

9 be imposed, or by any calculation or estimation of the Sentencing Guidelines range offered by

10 the parties or the United States Probation Department, or by any stipulations or agreements

11 between the parties in this Plea Agreement; and

12       d. Defendant may not withdraw a guilty plea solely because of the sentence

13 imposed by the Court.

14     6. **Ultimate Sentence.** Defendant acknowledges that no one has promised or

15 guaranteed what sentence the Court will impose.

16     7. **Restitution.** Defendant shall make restitution to the City of Kirkland and victims

17 O.R. and J.M.. in an amount to be determined by the Court at the time of sentencing, with credit

18 for any amounts already paid. Said amount shall be due and payable immediately and shall be

19 paid in accordance with a schedule of payments as proposed by the United States Probation

20 Office and ordered by the Court.

21     8. **Forfeiture.** Defendant also agrees that if any firearms or illegal contraband were

22 seized by any law enforcement agency from the possession of Defendant, or that were in the

23 direct or indirect control of Defendant, then Defendant consents to the administrative forfeiture,

24 official use, and/or destruction of said firearms or contraband by any law enforcement agency

25 involved in the seizure of these items. Said items include, but are not limited to, one Springfield

26 XD semiautomatic handgun and associated magazines and ammunition.

27     9. **Statement of Facts.** The parties agree on the following facts. Defendant admits

28 he is guilty of the charged offense.

:Syntax/word-key-meaning:
1=Adverb      8=Past-time
2=Verb      9=Future-time
3=Adjective      0=Conjunction
4=Pronoun      NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    a.    Defendant DAVID RUSSELL MYRLAND admits that on or about
2 August 30, 2010, he sent an email to J.M., the Mayor of the City of Kirkland, Washington,
3 containing a threat to kidnap and injure J.M. Specifically, Defendant admits that he threatened
4 to cause others to enter J.M.'s home to "arrest" her by law for offenses Defendant felt had been
5 committed against him by police officers working for the City of Kirkland. Defendant further
6 admits that he advised J.M. not to resist, as the people he was working with would be heavily
7 armed and authorized to use force by law.

8    b.    Defendant admits that said email was sent using Microsoft Corporation's
9 Hotmail service, and that the email was routed through a server in San Antonio, Texas.

10    c.    Defendant further admits that he intended the email to be interpreted as a
11 true threat by the recipient, J.M.

12    d.    Defendant further admits that he had participated in conversations and
13 meetings with other individuals about carrying out said threat; and that the threat, and similar
14 threats were repeated in subsequent written and oral communications with individuals at the City
15 of Kirkland.

16    10.    Sentencing Recommendation. The United States agrees it will recommend that
17 the Court impose a custodial sentence of no more than forty-eight (48) months. The United
18 States is free to make any other sentencing recommendations it sees fit, including but not limited
19 to the term and conditions of supervised release and restitution.

20    Defendant is free to make any sentencing recommendations he sees fit.

21    As set forth in paragraph 5, above, Defendant understands that the Court is not obligated
22 to accept either parties recommendations, and may impose any sentence authorized by law, up to
23 the maximum term authorized by law.

24    11.    Non-Prosecution of Additional Offenses. As part of this Plea Agreement, the
25 United States Attorney's Office for the Western District of Washington agrees not to prosecute
26 Defendant for any additional offenses known to it as of the time of this Agreement that are based
27 upon evidence in its possession at this time, and that arise out of the conduct giving rise to this
28 investigation. In this regard, Defendant recognizes the United States has agreed not to prosecute

:Syntax-word-key-meaning:
1=Adverb       8=Past-time
2=Verb         9=Future-time
3=Adjective    0=Conjunction
4=Pronoun      NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   all of the criminal charges the evidence establishes were committed by Defendant solely because

2   of the promises made by Defendant in this Agreement. Defendant agrees, however, that for

3   purposes of preparing the Presentence Report, the United States Attorney's Office will provide

4   the United States Probation Office with evidence of all conduct committed by Defendant.

5       12.    **Acceptance of Responsibility.** The United States acknowledges that if Defendant

6   qualifies for an acceptance of responsibility adjustment pursuant to USSG § 3E1.1(a), and if the

7   offense level is sixteen (16) or greater, his total offense level should be decreased by three (3)

8   levels pursuant to USSG §§ 3E1.1(a) and (b), because has assisted the United States by timely

9   notifying the authorities of Defendant's intention to plead guilty, thereby permitting the United

10   States to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

11       13.    **Breach, Waiver, and Post-Plea Conduct.** Defendant agrees that if Defendant

12   breaches this Plea Agreement, the United States may withdraw from this Plea Agreement and

13   Defendant may be prosecuted for all offenses for which the United States has evidence.

14   Defendant agrees not to oppose any steps taken by the United States to nullify this Plea

15   Agreement, including the filing of a motion to withdraw from the Plea Agreement. Defendant

16   also agrees that if Defendant is in breach of this Plea Agreement, Defendant has waived any

17   objection to the re-institution of any charges in the Indictment that were previously dismissed or

18   any additional charges that had not been prosecuted.

19       Defendant further understands that if, after the date of this Agreement, Defendant should

20   engage in illegal conduct, or conduct that is in violation of his conditions of confinement

21   (examples of which include, but are not limited to: obstruction of justice, failure to appear for a

22   court proceeding, criminal conduct while pending sentencing, and false statements to law

23   enforcement agents, the Pretrial Services Officer, Probation Officer, or Court), the United States

24   is free under this Agreement to file additional charges against Defendant or to seek a sentence

25   that takes such conduct into consideration by requesting the Court to apply additional

26   adjustments or enhancements in its Sentencing Guidelines calculations in order to increase the

27   applicable advisory Guidelines range, and/or by seeking an upward departure or variance from

28   the calculated advisory Guidelines range. Under these circumstances, the United States is free to

:Syntax-word-key-meaning:
1=Adverb    8=Past-time
2=Verb    9=Future-time
3=Adjective    0=Conjunction
4=Pronoun    NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  seek such adjustments, enhancements, departures, and/or variances even if otherwise precluded

2  by the terms of the plea agreement.

3      14.    **Waiver of Appeal.** As part of this Plea Agreement and on the condition that the

4  Court imposes a custodial sentence that is within or below the Sentencing Guidelines range (or

5  the statutory mandatory minimum, if greater than the Guidelines range) that is determined by the

6  Court at the time of sentencing, Defendant waived to the full extent of the law:

7      a.    any right conferred by Title 18, United States Code, Section 3742 to appeal the

8          sentence, including any restitution order imposed; and

9      b.    any right to bring a collateral attack against the conviction and sentence, including

10          any restitution order imposed, except as it may relate to the effectiveness of legal

11          representation.

12  Furthermore, this waiver does not preclude Defendant from bringing an appropriate motion

13  pursuant to 28 U.S.C. 2241, to address the conditions of his confinement or the decisions of the

14  Bureau of Prisons regarding the execution of his sentence.

15      If Defendant breaches this Plea Agreement at any time by appealing or collaterally

16  attacking (except as to effectiveness of legal representation) the conviction or sentence in any

17  way, the United States may prosecute Defendant for any counts, including those with mandatory

18  minimum sentences, that were dismissed or not charged pursuant to this Plea Agreement.

19      15.    **Voluntariness of Plea.** Defendant agrees that Defendant has entered into this Plea

20  Agreement freely and voluntarily and that no threats or promises, other than the promises

21  contained in this Plea Agreement, were made to induce Defendant to enter this plea of guilty.

22      16.    **Statute of Limitations.** In the event this Agreement is not accepted by the Court

23  for any reason, or Defendant has breached any of the terms of this Plea Agreement, the statute of

24  limitations shall be deemed to have been tolled from the date of the Plea Agreement to:

25  (1) thirty (30) days following the date of non-acceptance of the Plea Agreement by the Court; or

26  (2) thirty (30) days following the date on which a breach of the Plea Agreement by Defendant is

27  discovered by the United States Attorney's Office.

28  ///

:Syntax-word-key-meaning:
1=Adverb       8=Past-time
2=Verb         9=Future-time
3=Adjective    0=Conjunction
4=Pronoun      NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

17.     **Completeness of Agreement.**  The United States and Defendant acknowledge that these terms constitute the entire Plea Agreement between the parties.  This Agreement binds only the United States Attorney's Office for the Western District of Washington.  It does not bind any other United States Attorney's Office or any other office or agency of the United States, or any state or local prosecutor.

Dated this 22th day of July, 2011.


DAVID RUSSELL MYRLAND
Defendant


STEPHAN ILLA
Attorney for Defendant


JILL OTAKE
Assistant United States Attorney


VINCENT T. LOMBARDI
Assistant United States Attorney

:Syntax-word-key-meaning:
1=Adverb       8=Past-time
2=Verb         9=Future-time
3=Adjective    0=Conjunction
4=Pronoun      NC=No-Contract

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

8