# United States District Court
## WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. McCOOL                                                                                          700 STEWART ST
DISTRICT COURT EXECUTIVE                                                              SEATTLE, WASHINGTON 98101

January 24, 2012

David Russell Myrland
40941-086
C/O DAVID MILLER
2486 FORDHAM AVE #102
FRESNO, CA 93727

We have received the correspondence relating to your Civil Complaint.  Your case has been assigned Case Number **12-CV-126 JLR-MAT.** *This entire number must appear on all future correspondence with the Court.*

The following deficiencies have been noted:

- The proper IFP form was not submitted.  Please find enclosed the correct IFP form to be filled out in full and returned to the Court.*

- The filing fee requirement must be met.  Please submit either the full $350.00 filing fee or an application for In Forma Pauperis (IFP) status.*

- Please provide a certified copy of your prison trust account statement showing transactions for the past six months.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected.  The appropriate blank forms are enclosed for your use.

*Please note: If your response to this letter is not received by **Thursday, February 23, 2012**, the action may be subject to dismissal.

*Please return this letter with the corrections to the listed deficiencies.*

cc: file