UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Chambers of                                                    U.S. District Court
**Mary Alice Theiler**                                  700 Stewart Street, Suite 12132
United States Magistrate Judge                        Seattle, WA 98101

March 6, 2012

To:     David R. Myrland
          c/o David Miller

From:   Mary Alice Theiler, United States Magistrate Judge

Re:     David Russell Myrland v. USA, et al.; (No: C12-0126-JLR)

       Enclosed is a copy of my Report and Recommendation and proposed order in the above-captioned case, which has been filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

       Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date of this letter. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on March 30, 2012.

       Thank you for your cooperation.

                                                     Sincerely,

                                                     Mary Alice Theiler
                                                     United States Magistrate Judge

enclosures

cc:     Hon. James L. Robart