UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RUSSELL MYRLAND, | ) |
| | ) CASE NO. C12-0126-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is DISMISSED without prejudice for frivolousness and for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915A(b)(1); and

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Mary Alice Theiler.

ORDER OF DISMISSAL
PAGE -1

01   DATED this ____ day of _____, 2012.

02

03                                          _____
                                            JAMES L. ROBART
                                            United States District Judge

ORDER OF DISMISSAL
PAGE -2