# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID RUSSELL MYRLAND,

      Plaintiff,

  v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C12-0126-JLR

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Plaintiff's complaint is DISMISSED without prejudice for frivolousness and for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1).

    Dated this _____ day of _____, 2012.

                                                                       WILLIAM M. McCOOL
                                                                              Clerk

                                                        Deputy Clerk