

12-CV-00126-**ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RUSSELL MYRLAND, | ) )  CASE NO. C12-0126-JLR |
| Plaintiff, | ) ) |
| v. | ) )  ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants. | ) ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1)  The Report and Recommendation is ADOPTED;

(2)  This matter is DISMISSED without prejudice for frivolousness and for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915A(b)(1); and

(3)  The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Mary Alice Theiler.

ORDER OF DISMISSAL
PAGE -1

01    DATED this 2ND day of _____ April _____, 2012.

02

03                                   _____
                                     JAMES L. ROBART
                                     United States District Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2